United States District Court
Southern District of Texas
FILED

MAR 0 9 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | |
| Plaintiffs | § | CIVIL ACTION NO. **C-00-101** |
| | § | |
| VS. | § | |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON | § | |
| AND OFFICER ANDREW DE LEON | § | |
| | § | |
| Defendants | | |

<u>NOTICE OF REMOVAL TO FEDERAL COURT</u>

COME NOW **the City of San Diego, Texas, Officer Brenda Deleon and Officer Andrew Deleon**, Defendants in the above-entitled and numbered cause, and file this their Notice of Removal and in support thereof would show the Court the following:

I.

This lawsuit was originally filed by Plaintiffs in the 229th Judicial District Court of Duval County, Texas ("State Court") in Cause No. DC-00-37, styled <u>Catrina Valadez, Alma Avila and Esmeralda Carrizales vs. the City of San Diego, Officer Brenda Deleon and Officer Andrew Deleon</u>, alleging claims under the First, Fourth, Fifth and Fourteenth Amendments and 42 U.S.C. § 1983, necessitating removal under the Court's federal question jurisdiction.

1

II.

Plaintiffs allege they were subjected to violations of their rights protected by the First, Fourth, Fifth and Fourteenth Amendments to the U.S. Constitution and by 42 U.S.C. § 1983. Plaintiffs' allegations are more fully set out in Plaintiffs' Original Petition. There exists a federal question regarding violation of the Plaintiffs' rights under the United States Constitution and 42 U.S.C. § 1983.

IV.

This Court, therefore, has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1331, and removal to this Court is proper pursuant to 28 U.S.C. § 1441(b).

V.

This Notice of Removal is filed with this Court within 30 days after receipt of Plaintiff's Original Petition which alleges Plaintiffs' causes of action for violation of rights under the United States Constitution, and 42 U.S.C. § 1983.

VI.

Plaintiffs made a jury demand in their state court Petition.

VII.

Promptly after filing this Notice of Removal, written notice of such filing is being given to all parties as required by law.

WHEREFORE, Defendants pray that the above-entitled action be removed from the 229th Judicial District in Duval County, Texas to this Court.

2

CASPDF - www.texlaw.com

Respectfully submitted,

By _____
James F. McKibben, Jr.        *signed with permission by*
State Bar No. 13713000         *Liza Marie Aguilar*
Federal I.D. No. 914           *State Bar No. 24006741*
                               *Federal I.D. No. 23222*

ATTORNEY-IN-CHARGE FOR DEFENDANTS
CITY OF SAN DIEGO, OFFICER BRENDA DELEON
AND OFFICER ANDREW DELEON


OF COUNSEL

BARGER, HERMANSEN, McKIBBEN & VILLARREAL, L.L.P.
Liza Marie Aguilar
State Bar No. 24006741
Federal I.D. No. 23222
One Shoreline Plaza
800 North Shoreline Blvd.
Suite 2000 - North Tower
Phone (361) 882-6611
Fax (361) 866-8039

CAMPDF - www.testio.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | CIVIL ACTION NO._____ |
| VS. | § | |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON | § | |
| AND OFFICER ANDREW DE LEON | § | |
| | § | |
| **Defendants** | | |

## LIST OF STATE COURT PLEADINGS

1.  Citation served on the City of San Diego

2.  Citation served on Officer Brenda Deleon

3.  Citation served on Officer Andrew Deleon

4.  Plaintiffs' Original Petition

5.  Defendants' Original Answer

6.  Docket Sheet

1

# ORIGINAL

CIT.PS.CM
CLERK OF THE COURT
MR. RICHARD M. BARTON
P.O. DRAWER 428
SAN DIEGO, TEXAS 78384

ATTORNEY FOR PLAINTIFF
MR GRAY P. SCOGGINS
113 N. REYNOLDS
ALICE, TX 78332

## THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

## TO:  CITY OF SAN DIEGO, BY SERVING DR. TANGUMA, CITY ADMINISTRATOR
### AT 404 S. MIER, SAN DIEGO, DUVAL COUNTY, TEXAS 78384

Defendant, Greeting:

You are hereby commanded to appear by filing a written answer to Plaintiffs' Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 229th Judicial District Court of Duval County, Texas at the Court House of said County in San Diego, Texas.

Said Petition was filed in said court on the 7th Day of February, A. D., 2000 in this case, numbered DC-00-37 on the docket of said court, and styled
**CATRINA VALADEZ, ALMA AVILA AND ESMERALDA CARRIZALES, Plaintiffs**
**VS.**
**CITY OF SAN DIEGO, OFFICER BRENDA DE LEON & OFFICER ANDREW DE LEON, Defendants**

The nature of said Petition is fully shown by a true and correct copy of the Plaintiffs' Original Petition, accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirements of law, and the mandates thereof, make due return as the law directs.

Issued and given under my hand and seal of said Court at San Diego, Texas this the 7th day of February, A. D., 2000.
Attest Mr. Richard M. Barton, Clerk District Court, Duval County, Texas

By: _Tomasita C. Salinas_____, Deputy.

## CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the 7th day of February , 2000 at 2:30 o'clock P.M., I mailed
TO: CITY OF SAN DIEGO, BY SERVING DR. TANGUMA, CITY ADMINISTRATOR, 404 S. MIER, SAN DIEGO, TX. 78384
return receipt requested, a true copy of this citation with a copy of the petition attached thereto.
Mr. Richard M. Barton, Clerk
CERTIFIED MAIL—RESTRICTED DELIVERY # **Z 381 725-164**

By: _Tomasita C. Salinas_____, Deputy

CLERK'S RETURN
FILED THIS THE __9th__ DAY OF ___Feb___. A. D. 2000.
MR. RICHARD M. BARTON, CLERK
DISTRICT COURT
DUVAL COUNTY, TEXAS
BY: ___Xalina Moren___ DEPUTY

DATE OF DEFENDANT'S SIGNATURE: __2-8-00__

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CAUSE NO. DC-00-37

*CITY OF SAN DIEGO*
*DR. TANGUMA, CITY ADMINISTRATOR*
*404 S. MIER*
*SAN DIEGO, TEXAS 78384*

*P 381 725 164*

2. Article Number *(Copy from service label)*

*COMPLETE THIS SECTION ON DELIVERY*

A. Received by *(Please Print Clearly)*   B. Date of Delivery

C. Signature
X                                           ☐ Agent
                                            ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☑ Yes

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FEB 0 9 2000

*RICHARD M BARTON*
*DISTRICT CLERK*
*P.O. DRAWER 428*
*SAN DIEGO, TEXAS 78384*

# ORIGINAL

CIT.PS.CM
**CLERK OF THE COURT**
MR. RICHARD M. BARTON
P.O. DRAWER 428
SAN DIEGO, TEXAS 78384

**ATTORNEY FOR PLAINTIFF**
MR GRAY P. SCOGGINS
113 N. REYNOLDS
ALICE, TX 78332

## THE STATE OF TEXAS

**NOTICE TO DEFENDANT**: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

**TO: OFFICER BRENDA DE LEON, AN INDIVIDUAL AND AN EMPLOYEE OF THE CITY OF SAN DIEGO, 404 S. MIER, SAN DIEGO, DUVAL COUNTY, TEXAS 78384**

Defendant, Greeting:

You are hereby commanded to appear by filing a written answer to Plaintiffs' Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 229th Judicial District Court of Duval County, Texas at the Court House of said County in San Diego, Texas.

Said Petition was filed in said court on the 7th Day of February, A. D., 2000 in this case, numbered **DC-00-37** on the docket of said court, and styled

**CATRINA VALADEZ, ALMA AVILA AND ESMERALDA CARRIZALES, Plaintiffs**
**VS.**
**CITY OF SAN DIEGO, OFFICER BRENDA DE LEON & OFFICER ANDREW DE LEON, Defendant**

The nature of said Petition is fully shown by a true and correct copy of the Plaintiffs Original Petition, accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirements of law, and the mandates thereof, make due return as the law directs.

Issued and given under my hand and seal of said Court at San Diego, Texas this the 7th day of February, A. D., 2000. Attest Mr. Richard M. Barton, Clerk District Court, Duval County, Texas

By: _____, Deputy.

## CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the 7th day of February ,2000 at 2:30 o'clock P.M., I mailed
TO: OFFICER BRENDA DE LEON, AN INDIVIDUAL AND AN EMPLOYEE OF THE CITY OF SAN DIEGO, 404 S MIER, SAN DIEGO, TEXAS 78384
return receipt requested, a true copy of this citation with a copy of the petition attached thereto.
Mr. Richard M. Barton, Clerk
CERTIFIED MAIL—RESTRICTED DELIVERY # **Z 381 725-170**

By: _____, Deputy

FILED THIS THE 10 DAY OF _____ A. D. 2000.
MR. RICHARD M. BARTON, CLERK
DISTRICT COURT
DUVAL COUNTY, TEXAS

**CLERK'S RETURN**

BY: _____, DEPUTY

DATE OF DEFENDANT'S SIGNATURE: 2-9-00

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

A. Received by *(Please Print Clearly)* | B. Date of Delivery
Brenda DeLeon | 2-9-0 0

C. Signature
X *Brenda DeLeon*
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

CAUSE NO. DC-00-37

*OFFICER BRENDA DE LEON*
*404 S MIER*
*SAN DIEGO, TEXAS 78384*

*P 381 725 170*

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Copy from service label)*

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED AT 8:10 O'CLOCK __ M
DISTRICT COURT, DUVAL COUNTY TEXAS
BY: _____ DEPUTY
R. BARTON, CLERK
FEB 10 2000

*RICHARD M BARTON*
*DISTRICT CLERK*
*P.O. DRAWER 428*
*SAN DIEGO, TEXAS 78384*

# ORIGINAL

CIT.PS.CM
**CLERK OF THE COURT**
MR. RICHARD M. BARTON
P.O. DRAWER 428
SAN DIEGO, TEXAS 78384

**ATTORNEY FOR PLAINTIFF**
MR GRAY P. SCOGGINS
113 N. REYNOLDS
ALICE, TX 78332

## THE STATE OF TEXAS

**NOTICE TO DEFENDANT**: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

## TO:  OFFICER ANDREW DE LEON, AN INDIVIDUAL AND AN EMPLOYEE OF THE CITY OF SAN DIEGO, 404 S. MIER, SAN DIEGO, DUVAL COUNTY, TEXAS 78384

Defendant, Greeting:
    You are hereby commanded to appear by filing a written answer to Plaintiffs' Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 229th Judicial District Court of Duval County, Texas at the Court House of said County in San Diego, Texas.
    Said Petition was filed in said court on the 7th Day of February, A. D., 2000 in this case, numbered **DC-00-37** on the docket of said court, and styled
**CATRINA VALADEZ, ALMA AVILA AND ESMERALDA CARRIZALES, Plaintiffs**
VS.
**CITY OF SAN DIEGO, OFFICER BRENDA DE LEON & OFFICER ANDREW DE LEON, Defendants**

    The nature of said Petition is fully shown by a true and correct copy of the Plaintiffs' Original Petition, accompanying this citation and made a part hereof.
    The officer executing this writ shall promptly mail the same according to requirements of law, and the mandates thereof, make due return as the law directs.
    Issued and given under my hand and seal of said Court at San Diego, Texas this the 7th day of February, A. D. 2000.
Attest Mr. Richard M. Barton, Clerk District Court, Duval County, Texas

By: _Tomasita C. Salinas_____, Deputy.

## CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the 7th day of February , 2000 at 2:30 o'clock P.M., I mailed
TO: OFFICER ANDREW DE LEON, AN INDIVIDUAL AND AN EMPLOYEE OF THE CITY OF SAN DIEGO, 404 S MIER, SAN DIEGO, TEXAS 78384
return receipt requested, a true copy of this citation with a copy of the petition attached thereto.
Mr. Richard M. Barton, Clerk
CERTIFIED MAIL—RESTRICTED DELIVERY # **Z 381 725-163**

By: _Tomasita C. Salinas_____, Deputy

**CLERK'S RETURN**
FILED THIS THE 1 8 DAY OF 2 Feb . A. D. 2000.
MR. RICHARD M. BARTON, CLERK
DISTRICT COURT
DUVAL COUNTY, TEXAS
BY: _Elaine Morales_____, DEPUTY
DATE OF DEFENDANT'S SIGNATURE: 2 - 9 - 00

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Received by (*Please Print Clearly*) | B. Date of Delivery
*Andy DeLeon III* | *02 - 9 - 00*

C. Signature
X _____
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

CAUSE NO. DC-00-37

*OFFICER ANDREW DE LEON*
*404 S MIER*
*SAN DIEGO, TEXAS 78384*

*P 381 725 163*

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☑ Yes

2. Article Number (*Copy from service label*)

PS Form 3811, July 1999        Domestic Return Receipt        102595-99-M-1789

---

UNITED STATES POSTAL SERVICE

‖‖‖‖

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •



*RICHARD M BARTON*
*DISTRICT CLERK*
*P.O.DRAWER 428*
*SAN DIEGO, TEXAS 78384*

Case 2:00-cv-00101 Document 1 Filed in TXSD on 03/09/2000 Page 11 of 27



COPY

NO. DC-00-37

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | IN THE DISTRICT COURT |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | FILED AT 900 O'CLOCK A M |
| | § | |
| VS. | § | FEB 0 7 2000 |
| | § | R BARTON CLERK |
| | § | 229TH JUDICIAL DISTRICT DUVAL COUNTY TEXAS |
| CITY OF SAN DIEGO, | § | BY _____ DEPUTY |
| OFFICER BRENDA DE LEON & | § | |
| OFFICER ANDREW DE LEON | § | DUVAL COUNTY, TEXAS |

### PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

CATRINA VALDEZ, ALMA AVILA and ESMERALDA CARRIZALES hereinafter referred to as Plaintiffs, complain of CITY OF SAN DIEGO, OFFICER BRENDA DE LEON and OFFICER ANDREW DE LEON, hereinafter referred to as Defendants, and for cause of action would show the following:

I.

Discovery in this case is intended to be conducted under level 2 of Rule 190 of the Texas Rules of Civil Procedure.

Plaintiffs CATRINA VALDEZ, ALMA AVILA and ESMERALDA CARRIZALES are individuals residing in Duval County, Texas.

Defendant OFFICER BRENDA DE LEON is an individual and employee of defendant CITY OF SAN DIEGO residing in Duval County, Texas and may be served with process at 404 S. Mier, San Diego, Duval County, Texas.

1

Case 2:00-cv-00101   Document 1   Filed in TXSD on 03/09/2000   Page 12 of 27

Defendant OFFICER ANDREW DE LEON is an individual and employee of defendant CITY OF SAN DIEGO residing in Duval County, Texas and may be served with process at 404 S. Mier, San Diego, Duval County, Texas.

Defendant CITY OF SAN DIEGO is a home rule municipality which may be served with process by serving Dr. Tanguma, City Administer at 404 S. Mier, San Diego, Texas.

Venue is mandatory in Duval County, Texas pursuant to C.P.R.C. Section 101.102(a).

All conditions precedent to the filing of this suit have been met.

## II.

On November 4, 1999 at approximately 2:15 P.M., Officer Brenda De Leon of the City of San Diego Police Department was dispatched to 505 W. Dix in that city in reference to a "domestic disturbance". Upon arrival, Officer De Leon was informed by Ruben James Valadez that "his soon to be ex-wife" had allegedly "broken into his home" and "tore up all his clothes and underwear and put some clothes in the kitchen sink with bleach all over them." Officer De Leon entered the parties' residence and stated in her offense report (Case # 99-0651) that she saw "Mr. Valdez's clothes and underwear cut up and thrown all over the house." Officer De Leon was informed by Mr. Valdez that "Mrs. Valadez had a set of keys to his home and that he wanted them back." Officer De Leon was further informed by Mr. Valadez that "he had put all Mrs. Valadez's things outside the residence" purportedly at "Mrs. Valadez's request": "so she could take them". Mr. Valadez, according to the offense report, further informed Officer De Leon that "Mrs. Valadez had stolen over 100 compact disks (CD's) and broken all of [his?] cologne bottles."

It is apparent from the Offense Report that Officer De Leon did not witness, as it occurred, any of the conduct complained of by Mr. Valadez. It is also apparent that the complainant was the

Case 2:00-cv-00101   Document 1   Filed in TXSD on 03/09/2000   Page 13 of 27

spouse of Mrs. Valadez, that Mrs. Valadez had resided with Mr. Valadez at 505 W. Dix and that not only was this the community residence but that all property therein was presumptively community. It is apparent from the Offense Report that this "domestic disturbance" was civil in nature in that it involved complaints which could only be resolved in a suit for dissolution of the marriage and for the entry and enforcement of orders regarding the protection, preservation and division of the community estate. The State of Texas does not recognize the status of "soon to be ex-wife". Under the Texas Family Code parties are either married or divorced and while they continue to be married they continue to acquire community property. There is no reference in the report to temporary orders awarding one party use of the residence or any particular items of community property. The entry and enforcement of temporary orders in District Court is the appropriate manner for the resolution of a "domestic disturbance" under these circumstances. From the facts and circumstances related to her by the complainant Officer De Leon knew or should have known that this was a civil dispute. Despite that fact, "after taking all of Mr. Valadez's information" she "went to pick up Officer Andy De Leon to assist me as a back up unit" to arrest the other party to that civil dispute: Mrs. Catrina Valadez.

### III.

Officer Brenda De Leon and Officer Andy De Leon proceeded to 702 E. Palacios, the residence of Esmeralda Carrizales: the mother of Mrs. Valdez. Upon arriving at the home they told Alma Avila that they wanted to speak to Catrina Valadez. Mrs. Valadez, walked outside to the front yard. The Officer then informed Mrs. Valadez that they wanted to ask her a "few questions". Mrs. Valadez exercised her right to remain silent and refused to answer any questions. She was then informed that she was being arrested for disorderly conduct by language.

3

Case 2:00-cv-00101   Document 1   Filed in TXSD on 03/09/2000   Page 14 of 27

It is apparent from the Offense Report that the Officers did not obtain a warrant to search the home of Mrs. Carrizales or a warrant to arrest her daughter. It is apparent from the Offense Report that the Officers were on private property when they informed Mrs. Valadez she was "under arrest for Disorderly Conduct (By using foul or vulgar language in public). Both Officers, according to the report, "pursued Mrs. Valadez into the residence" of her mother despite the absence of a warrant or any legal justification to do so in the absence of a warrant. Mrs. Carrizales, in the door way of her own home, tried to protect her daughter from the assaulting officers. Officer Andrew De Leon threatened to arrest Mrs. Carrizales for "Interfering with Public Duties". Mrs. Carrizales "kept asking why her daughter was being arrested." The Offense Report indicated that Officer Andrew De Leon "told her why her daughter was being arrested" but the report does not state what offense authorized an arrest under these circumstances. "Mrs. Valadez was escorted to the patrol car" according to the report. The report does not indicate whether the escort entailed the application of handcuffs. Once seated in the back of the patrol car, Officer Brenda De Leon purportedly "asked Mrs. Valadez for her full name and date of birth." According to the report the information was not forthcoming at which point Officer Brenda De Leon informed Mrs. Valadez that "she was also being placed under arrest for Failure to Identify to a Peace Officer." The Officers left Mrs. Valadez in the patrol car and went back to the residence and, according to the report, "stood at the doorway and kept telling her [Mrs. Carrizales] to get off the phone so we could finish our investigation and leave." The Officers described Mrs. Carrizales and Mrs. Valadez' sister, Alma Avila (who had been the first to encounter the Officers and was in the midst of these proceedings throughout) as "being very uncooperative." During this time Deputy Valdez from the Duval County Sheriff's Office "drove up to assist."

According to the report Mrs. Valadez was then transported to the Duval County Sheriff's Department and "upon arrival at the jail, Mrs. Valadez was issued citations for Disorderly Conduct-By Language and Failure to ID." Officer De Leon indicates that she "advised Mrs. Valadez that a report would be taken and turned over to the District Attorney on all other charges." The report concludes that "Mrs. Valadez signed her citations and was released to her mother."

The report lists the Offenses as Burglary of Habitation, Criminal Mischief, Escape and Resisting Arrest. In the box which indicates whether the "suspect" had been "ARRESTED:", Officer Brenda De Leon answered "No."

## IV.

The City of San Diego has a policy, custom or usage of conscious indifference to the federally protected rights of its citizens under the First, Fourth, Fifth and Fourteenth Amendments to the Constitution of the United States. Specifically, that policy is to consciously disregard the rights of its citizens to be free from unlawful arrests, searches, seizures and to avail themselves of their right to speak and question unlawful authority. The laws are not applied equally in that citizens of San Diego who exercise their First Amendment rights to question unlawful authority are subject to unlawful arrest by police officers who routinely fabricate multiple criminal offenses which they know or should know are defective because one or more of the elements of an offense have no factual basis.

More specifically, there is a policy, custom or usage of fabricating criminal offenses against "suspects" who exercise their constitutional right to verbally question unlawful authority. Specifically, the policy is to fabricate a pretextual array of charges against a "suspect" who is vocal in asserting her right to be free not only from an unlawful arrest but to know why she is being

5

Case 2:00-cv-00101 Document 1 Filed in TXSD on 03/09/2000 Page 16 of 27

arrested.

Furthermore, the City of San Diego has a policy, custom or usage of inadequately training its police officers. Specifically, inadequate emphasis is given in the training of its officers to the basic concepts of when an arrest may be made without a warrant, the difference between a civil dispute and a criminal offense, as well as the necessity of determining that all the elements of a criminal offense have a factual basis before an arrest is made. The training of the police officers is inadequate because conscious disregard for the importance of teaching that all elements of an offense must be met before there is an offense have led directly to the current custom where police officers pretextually refer to any offense which comes to mind in an attempt to make a "suspect" who is innocent (but assertive) appear to be guilty of multiple offenses. The failure to adequately train on when an officer may arrest a suspect without a warrant leads, as in this case, to the fabrication of felony charges. Mrs. Valadez was charged with burglarizing her own home in a ludicrous attempt to justify a warrantless arrest.

The City of San Diego has a policy, custom or usage of inadequate supervision of its police officers for the reason that they are not disciplined, reprimanded or even counseled for engaging in this custom of fabricating an array of criminal charges without a factual basis for all the elements of the offense.

The City of San Diego has a policy of negligent hiring in that it hires only those officers who are anxious to wield the trappings of authority but who lack respect for the rule of law. This practice is widespread and pervasive. It explains how unlawful arrests can be made without warrants, homes invaded under color of law and parties to civil disputes handcuffed and transported to jail: with no consequences to the police officers engaged in this conduct.

6

Case 2:00-cv-00101   Document 1   Filed in TXSD on 03/09/2000   Page 17 of 27

The City of San Diego has a concomitant policy of authorizing excessive force in making arrests for the reason that there is a high degree of awareness that citizens who know they are innocent of any criminal offense and appropriately question unlawful authority are not likely to be passive.

These policies and customs are so widespread and pervasive within the City of San Diego that the policymaking authorities have either actual knowledge of them or must strain daily to maintain their ignorance.

These policies are in violation of 42 U.S.C. 1983.

## V.

As a direct and proximate result of Defendant CITY OF SAN DIEGO'S policies and customs specifically enumerated hereinabove, their negligence and indifference in allowing them to become pervasive, and the constitutional deprivations which necessarily result, Plaintiffs have endured and in reasonable probability will continue in the future to endure physical pain, shame, embarrassment, humiliation, mental pain and anguish.

Plaintiffs therefore claim general damages in a sum in excess of the minimum jurisdictional limits of the court.

## VI.

Defendant, CITY OF SAN DIEGO's policies complained of herein are malicious and in conscious indifference to its citizens federally protected rights to be free from unlawful arrest, excessive force, official oppression and the unlawful invasion of their homes.

Plaintiffs therefore sue for punitive damages in an amount to be determined by the jury.

7

## VII.

OFFICERS BRENDA AND ANDREW DE LEON knew or should have known that their search of Mrs. Carrizales home was unlawful, that their arrest of Mrs. Valadez was unlawful and assaultive, that the force used to arrest her was unwarranted, excessive and assaultive, and that the criminal offenses for which she was charged did not have factual basis, and that their invasion of this home placed everyone within in fear of imminent offensive physical contact.

Their conduct was assaultive, intrusive, extreme and outrageous.

## VIII.

As a direct and proximate result of the conduct of OFFICERS BRENDA AND ANDREW DE LEON Plaintiffs have endured and in reasonable probability will continue in the future to endure physical pain, shame, embarrassment, humiliation, mental pain and anguish.  Plaintiffs therefore claim general damages in a sum in excess of the minimum jurisdictional limits of the court.

## IX.

The conduct of these officers was consciously indifferent to the rights of these citizens to be free from unlawful, assaultive and oppressive conduct from "peace officers".  The conduct of these officers was deliberate and malicious.   Plaintiffs therefore sue for punitive damages in an amount to be determined by the jury.

WHEREFORE, Plaintiffs request that all Defendants be cited to appear and answer, and that on final trial Plaintiffs have:

1.     Judgment for actual damages in an amount in excess of the minimum jurisdictional limits of the Court jointly and severally against all Defendants herein.

8

CHIPDF – www.texisi.com

2.    Judgment against all Defendants herein for pre-judgment interest on the amounts awarded as accrued actual damages at the highest legal rate thereon to the date of judgment.

3.    Punitive damages in an amount in excess of the minimum jurisdictional limits of the Court jointly and severally against all Defendants herein.

4.    Interest after judgment at the highest legal rate thereon.

5.    Costs of Suit.

6.    Such other and further relief to which Plaintiffs may show themselves to be justly entitled.

Respectfully submitted,

GRAY P. SCOGGINS
ATTORNEY AT LAW
113 N. REYNOLDS
ALICE, TEXAS 78332
(361) 668-3536: Telephone
(361) 668-3576: Facsimile

By: _____
GRAY P. SCOGGINS
STATE BAR NO.:00798494
Attorney for Plaintiffs

A True copy of the original, I certify,
the ___7th___ day of __Jan__, 19 2000
R. Barton
Clerk of the District Court,
Duval County, Texas
By Tommie C. Garza     Deputy

9

Case 2:00-cv-00101   Document 1   Filed in TXSD on 03/09/2000   Page 20 of 27

# COPY

CIT.PS.CM
CLERK OF THE COURT
MR. RICHARD M. BARTON
P.O. DRAWER 428
SAN DIEGO, TEXAS 78384

ATTORNEY FOR PLAINTIFF
MR GRAY P. SCOGGINS
113 N. REYNOLDS
ALICE, TX 78332

## THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

## TO: CITY OF SAN DIEGO, BY SERVING DR. TANGUMA, CITY ADMINISTRATOR AT 404 S. MIER, SAN DIEGO, DUVAL COUNTY, TEXAS 78384

Defendant, Greeting:

You are hereby commanded to appear by filing a written answer to Plaintiffs' Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 229th Judicial District Court of Duval County, Texas at the Court House of said County in San Diego, Texas.

Said Petition was filed in said court on the 7th Day of February, A. D., 2000 in this case, numbered DC-00-37 on the docket of said court, and styled

**CATRINA VALADEZ, ALMA AVILA AND ESMERALDA CARRIZALES, Plaintiffs**
**VS.**
**CITY OF SAN DIEGO, OFFICER BRENDA DE LEON & OFFICER ANDREW DE LEON, Defendants**

The nature of said Petition is fully shown by a true and correct copy of the Plaintiffs' Original Petition, accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirements of law, and the mandates thereof, make due return as the law directs.

Issued and given under my hand and seal of said Court at San Diego, Texas this the 7th day of February, A. D., 2000. Attest Mr. Richard M. Barton, Clerk District Court, Duval County, Texas

By: _Tomasita C Salinas_ , Deputy.

### CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the 7th day of February , 2000 at 2:30 o'clock P.M., I mailed
TO: CITY OF SAN DIEGO, BY SERVING DR. TANGUMA, CITY ADMINISTRATOR, 404 S. MIER, SAN DIEGO, TX. 78384
return receipt requested, a true copy of this citation with a copy of the petition attached thereto.
Mr. Richard M. Barton, Clerk
CERTIFIED MAIL—RESTRICTED DELIVERY # Z 381 725-164

By: _Tomasita C Salinas_ , Deputy

### CLERK'S RETURN

FILED THIS THE _____ DAY OF _____ A. D. 2000.
MR. RICHARD M. BARTON, CLERK
DISTRICT COURT
DUVAL COUNTY, TEXAS
BY: _____, DEPUTY

DATE OF DEFENDANT'S SIGNATURE: _____

CAUSE NO. DC-00-37

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | IN THE DISTRICT COURT |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | |
| VS. | § | 229TH JUDICIAL DISTRICT |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON | § | |
| AND OFFICER ANDREW DE LEON | § | DUVAL COUNTY, TEXAS |

## DEFENDANTS' ORIGINAL ANSWER
## TO PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, **OFFICER BRENDA DE LEON, OFFICER ANDREW DE LEON AND THE CITY OF SAN DIEGO, TEXAS,** Defendants in the above styled and numbered cause, and in answer to Plaintiffs' Original Petition, would show unto the Court the following:

I.

Defendants, **OFFICER BRENDA DE LEON, OFFICER ANDREW DE LEON AND THE CITY OF SAN DIEGO, TEXAS** generally deny the material allegations contained in the Plaintiffs' Original Petition and, upon this denial, demand a trial of the issues.

II.

Further answering herein, should the same be necessary, Defendants allege that at the time and on the occasion in question, Plaintiffs were guilty of acts of negligence which constituted and were proximate causes of the Plaintiffs' damages, if any.

III.

Defendants respectfully request a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that Plaintiffs take nothing by their suit; that Defendants be allowed to recover their costs, and that the Court award Defendants such other and further relief to which they may be justly entitled.

Respectfully submitted,

BARGER, HERMANSEN, McKIBBEN
& VILLARREAL, L.L.P.
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401
361/882-6611
FAX 361/866-8039

By: _____
James F. McKibben, Jr.
Texas Bar No. 13713000

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed to the following counsel of record in accordance with the Texas Rules of Civil Procedure this __2__ day of ~~February~~ March, 2000.

Mr. Gray P. Scoggins
Attorney at Law
113 N. Reynolds
Alice, Texas    78332


_____
James F. McKibben, Jr.

# CIVIL DOCKET

**CASE NO.** DC-00-37

| | |
|---|---|
| **NUMBER OF CASE** | DC-00-37 |

**FEE BOOK**

| Vol. | Page |
|---|---|

**NAMES OF PARTIES**

CATRINA VALADEZ,
ALMA AVILA AND
ESMERALDA CARRIZALES

VS.

CITY OF SAN DIEGO,
OFFICER BRENDA DE LEON &
OFFICER ANDREW DE LEON

Was Stenographer Used?

**ATTORNEYS**

GRAY P. SCOGGINS

Pltf.

Dft.

**Kind of Action and Party Demanding Jury**

DAMAGES (2)

**DATE OF FILING**

| Mo. | Day | Year |
|---|---|---|
| 02 | 07 | 2000 |

Jury Fee,

Paid by

Jury No.

PROCESS

**MINUTE BOOK**

| Vol. | Page |
|---|---|

**ORDERS OF COURT**

**DATE OF ORDERS**

| Month | Day | Year |
|---|---|---|
| 2 | 7 | 00 |
| 3 | 6 | 00 |

Petition filed. Citation by certified mail issued.
Δ Brenda De Leon served on 2-9-00 by certified mail;
Δ City of San Diego, Dr. Jergara as City Adm., served
on 2-8-00 by certified mail; Δ Andrew Deleon
served on 2-9-00 by certified mail

Δ's filed Original Answer to π's Original Petition

# Clerk's Civil Fee Book, District Court, Duval County

| NUMBER | ATTORNEYS | PARTIES' NAMES | DATE OF FILING | | | CAUSE OF ACTION |
|---|---|---|---|---|---|---|
| | | | Month | Day | Year | |
| DC-00-37 | Gary P. Scoggins | Catrina Valdes, Alma Avila and Esmeralda Carrizales | 02 | 07 | 00 | Damages (2) |
| | | VS. | | | | |
| | | City of San Diego, Officer Brenda DeLeon + Officer Andrew DeLeon | | | | |

| Month | Day | Year | CLERK'S FEES | Pltffs. | Defts. | SHERIFF'S FEES | Pltffs. | Defts. | TO WHOM PAID |
|---|---|---|---|---|---|---|---|---|---|
| 02 | 07 | 00 | Filing Fees | 85 | 00 | Santiago Herrera | 135 | 00 | |
| 02 | 07 | 00 | Plaintiff's Original Petition | | 00 | | | | |
| 02 | 07 | 00 | Issuing/Orig. Citation | 8 | 00 | | | | |
| 02 | 07 | 00 | " / Copy (B.D.) | Ret'd filed 2/10/2000 | | | | | |
| 02 | 07 | 00 | Issuing / Orig. Citation | 8 | 00 | | | | |
| 02 | 07 | 00 | " / Copy (A.D.) | Ret'd filed 2/10/2000 | | | | | |
| 02 | 07 | 00 | Issuing / Orig. Citation | 8 | 00 | | | | |
| 02 | 07 | 00 | " / Copy (C.S.D.) | Ret'd filed 02/10/2000 | | Jury Fee | 5 | 00 | |
| 03 | 06 | 00 | Deft's Original Answer + Def's Original Petition | | | | | | |
| | | | | | | WITNESS FEES | | | |

| DATE | | | CREDITS | BY WHOM PAID | | |
|---|---|---|---|---|---|---|
| Month | Day | Year | | Plaintiff | Defendant | TOTAL |
| 02 | 07 | 00 | Gary P. Scoggins Ck# 1164 | | | 399 |

Grand Total of Credits

DATE

CAUSE NO. DC-00-37

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | IN THE DISTRICT COURT |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | |
| VS. | § | 229TH JUDICIAL DISTRICT |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON | § | |
| AND OFFICER ANDREW DE LEON | § | DUVAL COUNTY, TEXAS |

## NOTICE TO STATE COURT OF REMOVAL

TO:  Plaintiffs, by and through their attorney of
     record, Mr. Gray P. Scoggins, 113 Reynolds,
     Alice, Texas 78332.

NOTICE is hereby given that the **CITY OF SAN DIEGO, OFFICER BRENDA DELEON AND OFFICER ANDREW DELEON**, Defendants in the above-entitled and numbered cause, filed in the United States District Court for the Southern District of Texas, Corpus Christi Division, a Notice of Removal to Federal Court of the above-entitled action to said United States District Court from the 229th Judicial District Court of Duval County, Texas, pursuant to 28 U.S. Code, §1441.  A copy of the Notice of Removal is attached hereto and served herewith.

Notice is further given that the above-named Defendants filed a copy of said Notice with the Clerk of the District Court of Duval County, Texas, as required by law.

1

Respectfully submitted,

BARGER, HERMANSEN, McKIBBEN
& VILLARREAL, L.L.P.
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401
361/882-6611
FAX 361/866-8039


By: _James F. McKibben, Jr._
    James F. McKibben, Jr. *signed with permission*
    Texas Bar No. 13713000 *by Liza Marie Guin*
                                *State Bar No. 24006741*
ATTORNEYS FOR DEFENDANTS   *Federal ID No. 23222*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed to the following counsel of record in accordance with the Texas Rules of Civil Procedure this ___9th___ day of March, 2000.


Mr. Gray P. Scoggins
Attorney at Law
113 N. Reynolds
Alice, Texas   78332


_James F. McKibben, Jr._
James F. McKibben, Jr.   *signed with permission*
                          *Liza Marie Guilar*
                          *State Bar 24006741*
                          *Federal ID No. 23222*