United States District Court
Southern District of Texas
FILED

MAR 15 2000

Michael M. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2: 00 CV 101 |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON & | § | |
| OFFICER ANDREW DE LEON | § | |

## JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Catrina Valadez, Alma Avila and Esmeralda Carrizales anticipate the filing of a Motion to Remand, however pursuant to F.R.C.P. 81 (c) and without waiving same Plaintiffs demands a trial by jury.

A Conference with Opposing Counsel is not required on a jury demand.

Respectfully submitted,

GRAY P. SCOGGINS
ATTORNEY AT LAW
113 N. REYNOLDS
ALICE, TEXAS 78332
(361) 668-3536: Telephone
(361) 668-3576: Facsimile

By: _____
GRAY P. SCOGGINS
STATE BAR NO.: 00798494
FEDERAL ID NO.: 22125
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument was served upon James F. McKibben, Jr., Attorney at Law at One Shoreline Plaza, 800 N. Shoreline Blvd., Suite 2000 North Tower, Corpus Christi, Texas 78401 in accordance with the Federal Rules of Civil Procedure on March 14, 2000:

_____
Gray P. Scoggins