UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 21 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | CIVIL ACTION NO. C-00-101 |
| VS. | § | |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON & | § | |
| OFFICER ANDREW DE LEON | § | |

### DEFENDANTS CITY OF SAN DIEGO, OFFICER BRENDA DE LEON & OFFICER ANDREW DE LEON'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants, CITY OF SAN DIEGO, OFFICER BRENDA DE LEON and OFFICER ANDREW DE LEON, and file this their Certificate of Interested Parties, and would show as follows:

Catrina Valadez
702 E Palacios
San Diego, Texas 78384
**Plaintiff**

Alma Avila
702 E. Palacios
San Diego, Texas 78384
**Plaintiff**

Esmeralda Carrizales
702 E. Palacios
San Diego, Texas 78384
**Plaintiff**

City of San Diego
200 South Dr. Dunlap Hwy.
San Diego, Texas 78384
**Defendant**

Officer Brenda De Leon
San Diego Police Department
404 S. Mier
San Diego, Texas 78384
**Defendant**

Officer Andrew De Leon
San Diego Police Department
404 S. Mier
San Diego, Texas 78384
**Defendant**

Respectfully Submitted,

By: *James F. McKibben, Jr.*   *Signed with permission by Liza Marie Aguilar*
James F. McKibben, Jr.          *State Bar No. 24006741*
State Bar No. 13713000          *Federal ID No. 23222*
Federal ID No. 914
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401
(361) 882 - 6611 - Telephone
(361) 866 - 8039 - Telecopier

ATTORNEY FOR DEFENDANTS
CITY OF SAN DIEGO, OFFICER BRENDA DE LEON AND
OFFICER ANDREW DE LEON

OF COUNSEL:

***BARGER, HERMANSEN, McKIBBEN & VILLARREAL, L.L.P.***
Liza Marie Aguilar
State Bar No. 24006741
Federal ID No. 23222
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401
(361) 882 - 6611 - Telephone
(361) 866 - 8039 - Telecopier

2

## CERTIFICATE OF SERVICE

  I do hereby certify that a true and correct copy of the above and foregoing legal document was served on all counsel of record by the method indicated below on this the 21st day of March, 2000:

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Mr. Gary P. Scoggins
*ATTORNEY AT LAW*
113 N. Reynolds
Alice, Texas 78332

*James F. McKibben, Jr.*
James F. McKibben, Jr.

Signed with permission by
Liza Marie Aguilar
State Bar No. 24006741
Federal ID No. 23222