IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-101 |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON & | § | |
| OFFICER ANDREW DE LEON | § | |

United States District Cou 
Southern District of Texas
FILED

MAR 24 2000

MICHAEL N. MILBY CLERK

## PLAINTIFFS' CATRINA VALADEZ, ALMA AVILA AND ESMERALDA CARRIZALES' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

    COME NOW Plaintiffs, Catrina Valadez, Alma Avila and Esmeralda Carrizales, and files this their Certificate of Interested Parties, and would show as follows:

Catrina Valadez
702 E. Palacios
San Diego, Texas 78384
**Plaintiff**

Alma Avila
702 E. Palacios
San Diego, Texas 78384
**Plaintiff**

Esmeralda Carrizales
702 E. Palacios
San Diego, Texas 78384
**Plaintiff**

City of San Diego
200 South Dr. Dunlap Hwy.
San Diego, Texas 78384
**Defendant**

6.

Officer Brenda De Leon
San Diego Police Department
404 S. Mier
San Diego, Texas 78384
**Defendant**

Officer Andrew De Leon
San Diego Police Department
404 S. Mier
San Diego, Texas 78384
**Defendant**

                                    Respectfully submitted,

                                    GRAY P. SCOGGINS
                                    ATTORNEY AT LAW
                                    113 N. REYNOLDS
                                    ALICE, TEXAS 78332
                                    (361) 668-3536: Telephone
                                    (361) 668-3576: Facsimile

By: _____
                                    GRAY P. SCOGGINS
                                    STATE BAR NO.:00798494
                                    FEDERAL ID NO.: 22125
                                    Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was served upon the following in accordance with the Federal Rules of Civil Procedure.

James F. McKibben, Jr.  
Attorney at Law  
One Shoreline Plaza  
800 N. Shoreline Blvd.  
Suite 2000 North Tower  
Corpus Christi, Texas 78401

CMRRR #Z 582 702 308

SIGNED this 23rd day of March, 2000.

Gray P. Scoggins