United States District Court
Southern District of Texas
FILED

MAR 29 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CATRINA VALADEZ, § <br> ALMA AVILA AND § <br> ESMERALDA CARRIZALES § <br> § | CIVIL ACTION NO. C-00-101 |
| VS. § <br> § | |
| CITY OF SAN DIEGO, § <br> OFFICER BRENDA DE LEON & § <br> OFFICER ANDREW DE LEON § | |

**JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, Plaintiffs, CATRINA VALADEZ, ALMA AVILA and ESMERALDA CARRIZALES, and Defendants, CITY OF SAN DIEGO, OFFICER BRENDA DE LEON and OFFICER ANDREW DE LEON by and through their respective counsel, hereinafter collectively referred to as the "parties", and submit the following Joint Discovery/Case Management Plan Under Rule 26(f), Federal Rules of Civil Procedure.

1.  State where and when the meeting of the parties required by Rule 26 was held, and identify the counsel who attended for each party.

**ANSWER**:  The meeting of the parties was held on March 28, 2000 via teleconference. Appearing for Plaintiffs was Attorney of Record Gray P. Scoggins, 113 N. Reynolds, Alice, Texas 78332. Appearing for Defendants was defense counsel Liza Marie Aguilar, Barger, Hermansen, McKibben, & Villarreal, L.L.P., One Shoreline Plaza, 800 N. Shoreline Blvd., Suite 2000 - North Tower, Corpus Christi, Texas 78401,

8.

(361) 882-6611.

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

**ANSWER**: None.

3. <u>Briefly</u> describe what this case is about.

**ANSWER**: Plaintiffs allege cause of action under 42 U.S.C. §1983. Further Plaintiffs allege liability under Texas Tort Claims Act. Defendants deny all of Plaintiffs' allegations.

4. Specify the allegation of federal jurisdiction.

**ANSWER**: Jurisdiction over this court is involved pursuant to 28 U.S.C. §1331. Plaintiffs' Original Petition alleges claims under the First, Fourth, Fifth and Fourteenth Amendments and 42 U.S.C. §1983.

5. Name the parties who disagree and the reasons.

**ANSWER**: The parties agree that federal question jurisdiction exists. Plaintiffs however, do not believe removal is proper because of cause of action under Texas Tort Claims Act and concurrent jurisdiction of the state district courts over claims under 42 U.S.C. §1983. (See Motion to Remand).

6. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

**ANSWER**: None at this time.

7. List anticipated interventions.

**ANSWER**: None.

8. Describe class-action issues.

**ANSWER**: None.

2

9. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

**ANSWER**: Plaintiffs will make their initial disclosures on March 28, 2000.

Defendants will make their initial disclosures on April 3, 2000.

10. Describe the proposed agreed discovery plan, including:

   A. Responses to all the matters raised in Rule 26(f).

**ANSWER**: Plaintiffs and Defendants have agreed to respond to all matters raised in Rule 26(f).

   B. When and to whom the plaintiff anticipates it may send interrogatories.

**ANSWER**: Plaintiff will send interrogatories to Defendants on or by April 30, 2000.

   C. When and to whom the defendant anticipates it may send interrogatories.

**ANSWER**: Defendant will send interrogatories to Plaintiffs on or by April 10, 2000.

   D. Of whom and by when the plaintiff anticipates taking oral depositions.

**ANSWER**: Plaintiffs will take the oral deposition of all named Defendants, Former and current City Administrators, one or more members of the city council, former and current mayor of the city of San Diego, former and current chief of police, on or by September 30, 2000. (Will supplement if additional depositions are needed).

   E. Of whom and by when the defendant anticipates taking oral depositions.

**ANSWER**: Defendants will take the oral depositions of Catrina Valadez, Alma Avila and Esmeralda Carrizales and possibly other witnesses on or by August 1, 2000.

   F. When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

**ANSWER**: Plaintiffs will designate experts and provide their reports by November 6, 2000.

3

Defendants will designate experts and provide their reports by <u>November 17, 2000</u>.

 G. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**ANSWER**: Plaintiffs will take Defendants' experts depositions within 45 days after Defendants designation.

 H. List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B)(expert report).

**ANSWER**: Defendants will take Plaintiffs' experts depositions within 45 days after Plaintiffs designation.

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**ANSWER**: All parties agree.

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

**ANSWER**: None.

13. State the date the planned discovery can reasonably be completed.

**ANSWER**: <u>December 29, 2000</u>.

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**ANSWER**: Possible settlement or mediation at the close of discovery.

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

**ANSWER**: Possible settlement or mediation at the close of discovery.

4

16. From the attorneys' discussions with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

**ANSWER**:   Mediation may be useful after discovery has been concluded.

17. Magistrate judges may hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

**ANSWER**:   All parties do not consent.

18. State whether a jury demand has been made and if it was made on time.

**ANSWER**:   A jury demand was timely made.

19. Specify the number of hours it will take to present the evidence in this case.

**ANSWER**: 10-12 hours of evidence.

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

**ANSWER**:   Plaintiffs' Motion to Remand.

21. List other pending motions.

**ANSWER**:   None.

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the Court at the conference.

**ANSWER**:   None.

23. Certify that all parties have filed Disclosures of Interested Parties as directed in the Order of Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

**ANSWER**:   Plaintiffs filed their Disclosures of Interested Parties on March 24, 2000. Defendant filed their Discovery of Interested Parties on March 21, 2000.

5

24.  List the names, bar numbers, addresses, and telephone numbers of all counsel.

**ANSWER:**   Mr. Gray P. Scoggins
***ATTORNEY AT LAW***
113 N. Reynolds
Alice, Texas 78332
(361) 668-3536 - telephone
(361) 668-3576 - telecopier
State Bar No. 00798494
Federal Admission No. 22125
ATTORNEY-IN-CHARGE FOR PLAINTIFFS
CATRINA VALADEZ, ALMA AVILA AND ESMERALDA CARRIZALES

Mr. James F. McKibben, Jr.
***BARGER, HERMANSEN, McKIBBEN & VILLARREAL, L.L.P.***
One Shoreline Plaza
800 N. Shoreline Blvd., Suite 2000 - North Tower
Corpus Christi, Texas 78401
(361) 882-6611 - telephone
(361) 866-8039 - telecopier
State Bar No. 13713000
Federal Admission No. 914
ATTORNEY-IN-CHARGE FOR DEFENDANTS
CITY OF SAN DIEGO, OFFICER BRENDA DE LEON AND OFFICER ANDREW DE LEON

OF COUNSEL:

***BARGER, HERMANSEN, McKIBBEN & VILLARREAL, L.L.P.***
Liza Marie Aguilar
State Bar No. 24006741
Federal ID No. 23222
One Shoreline Plaza
800 N. Shoreline Blvd., Suite 2000 -North Tower
Corpus Christi, Texas 78401
(361) 882-6611 - telephone
(361) 866-8039 - telecopier

_____        March 29, 2000
Counsel for Plaintiff(s)  signed with permission  Date
by Liza Marie Aguilar
State Bar No. 24006741
Federal ID No. 23222

_____        March 29, 2000
Counsel for Defendant(s)           Date

6