UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 29 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-101 |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON & | § | |
| OFFICER ANDREW DE LEON | § | |

**PLAINTIFFS, CATRINA VALADEZ, ALMA AVILA AND
ESMERALDA CARRIZALES' INITIAL DISCLOSURE UNDER FRCP 26**

Plaintiff, Esmeralda Carrizales, serves the attached Initial Disclosure under FRCP 26 to Defendants.

Respectfully submitted,

GRAY P. SCOGGINS
ATTORNEY AT LAW
113 N. REYNOLDS
ALICE, TEXAS 78332
(361) 668-3536: Telephone
(361) 668-3576: Facsimile

By: _____
GRAY P. SCOGGINS
State Bar No. 00798494
Federal ID No.: 22125
Attorney for Plaintiffs

1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was served upon

the following in accordance with the Federal Rules of Civil Procedure.

James F. McKibben, Jr.                    CMRRR # Z 582 702 320
Attorney at Law
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 North Tower
Corpus Christi, Texas 78401

SIGNED this 28th day of March, 2000.

_____
Gray P. Scoggins

A.      Name, address & telephone number (if known) of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information;

**ANSWER:**

1.      Emeralda Carrizales, - party witness - will testify as to the acts witnessed at 702 Palacios, San Diego, Texas 78384 and the injuries sustained;

2.      Catrina Valadez, - party witness - will testify as to the acts witnessed at 702 Palacios, San Diego, Texas 78384 and the injuries sustained;

3.      Alma Avila, - party witness - will testify as to the acts witnessed at 702 Palacios, San Diego, Texas 78384 and the injuries sustained. and

4.      Antonio Benavides - Former City Manager, will testify as to the City of San Diego's practices and policies, hiring policies and back-ground checks on officers, City Counsels' knowledge as to quality and training of officers.  Disciplinary actions taken against officers. Will supplement.

5.      Ruben James Valadez, 505 W. Dix, San Diego, Texas 78384- will testify concerning underlying criminal charges and complaints filed against Esmeralda Carrizales.

6.      Dr. Ramon H. Tanguma, City Administrator, 404 S. Mier, San Diego, Texas 78384 Telephone: (361) 279-3341 - will testify as to current policies and procedures in areas of officer training, hiring and disciplinary proceedings.  Acts by City Counsel of ratifying officers conduct.  Knowledge of City Counsel.

7.      Alfredo E. Cardenas, Mayor, 404 S. Mier, St., San Diego, Texas 78384 Telephone: (361) 279-3341 - will testify as to current policies and procedures in areas of officer training, hiring and disciplinary proceedings.  Acts by City Counsel of ratifying officers conduct.  Knowledge of City Counsel.

8.      Bruno Vasquez, Deputy Sherriff, San Diego Courthouse, San Diego, Texas 78384 Telephone: (361) 279-3351 - will testify as to witness to events at 505 W. Dix, San Diego, Texas 78384.

9.      David D. Towler, City Attorney, P. O. Box 569, San Diego, Texas 78384, Telephone: (361) 279-3368 - will testify as to policy and procedures of City of San Diego.  Action taken against officers.

10.     Roman Gonzalez, Chief of Police, 404 S. Mier, St., San Diego, Texas 78384

> Telephone: (361) 279-3341 - will testify as to policy and procedure of City of San Diego Police Department in general and as to this event in particular.
>
> 11.   Members of San Diego City Counsel - 404 S. Mier, St., San Diego, Texas 78384 Telephone: (361) 279-3341- will testify as to policy and procedures of City of San Diego.

B.   A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

**ANSWER:**

> 1.   Photo of client - See attached Exhibit "A".
>
> 2.   Offense report- See attached Exhibit "B".

C.   Computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**ANSWER:**

> Economic damages - none

D.   Make available for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**ANSWER:**

> None.