```
                                              United States District Court
                                              Southern District of Texas
                                                      ENTERED

        UNITED STATES DISTRICT COURT            APR - 6 2000
        SOUTHERN DISTRICT OF TEXAS
           CORPUS CHRISTI DIVISION            Michael N. Milby, Clerk of Court
```

Catrina Valadez, et al.             §                    12.

VS.                                 §     CIVIL ACTION NO. C-00-101

City of San Diego, et al.           §

## ORDER STRIKING PLEADING (S)

The clerk has filed your "Motion Setting Plaintiffs' Motion for Remand for Hearing"; however, it is deficient in the area (s) checked below:

1. ____ Pleading is not signed. (L.R.2.C)

2. ____ Pleading is not in compliance with L.R.2.C.1. (a) thru (e)

3. ____ Caption of the pleading is incomplete (L.R.3.E)

4. ____ No certificate of service, or explanation why service is not required (L.R.3.G)

5. _x_ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ____ Separate proposed order not attached (L.R.6.A.3)

7. ____ Motion to consolidate is not in compliance with L.R.6.G

8. ____ Other: _____

_____

_____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: 4-4-00

re: D.E. #7/dp

_____
JUDGE PRESIDING