IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 11 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-101 |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON & | § | |
| OFFICER ANDREW DE LEON | § | |

## FIRST AMENDED MOTION SETTING PLAINTIFFS' MOTION TO REMAND FOR HEARING

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COME** Plaintiffs, Catrina Valadez, Alma Avila and Esmeralda Carrizales, as Movants herein and bring this Motion Setting Plaintiffs' Motion to Remand for Hearing, and in support thereof, would show the court the following:

The pre-trial and scheduling conference is scheduled before the Honorable Janis Graham Jack on Thursday April 13, 2000 at 1:15 o'clock p.m. On or about March 23, 2000, Movants filed their Motion to Remand and at this time, Movants request their Motion to Remand be heard at the time of pre-trial conference.

### CERTIFICATE OF CONFERENCE

Movant conferred with Respondent on 3-21-00 regarding Plaintiffs' Motion to Remand, and counsel cannot agree on the disposition of the motion. Movant conferred with Respondent on 4-10-00 regarding the Motion Setting Plaintiffs' Motion to Remand for Hearing, and counsel agreed on the disposition of the motion.

13

For the aforementioned reasons the Motion for Remand should be in all things set for hearing and granted. Plaintiffs further moves the Court to order the payment to Plaintiffs by Defendant and or Defendant's counsel of all just costs and expenses including attorney's fees incurred by reason of the removal proceedings.

**WHEREFORE, PREMISES CONSIDERED**, Movants pray the Court grant this Motion Setting Plaintiffs' Motion to Remand for Hearing.

Respectfully submitted,

GRAY P. SCOGGINS
ATTORNEY AT LAW
113 N. REYNOLDS
ALICE, TEXAS 78332
(361) 668-3536: Telephone
(361) 668-3576: Facsimile

By: _____
GRAY P. SCOGGINS
STATE BAR NO.: 00798494
FEDERAL ID NO.: 22125
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was served upon James F. McKibben, Jr., Attorney at Law at One Shoreline Plaza, 800 N. Shoreline Blvd., Suite 2000 North Tower, Corpus Christi, Texas 78401 in accordance with the Federal Rules of Civil Procedure.

SIGNED this 10th day of April, 2000.

_____
Gray P. Scoggins

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2: 00 CV 101 |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON & | § | |
| OFFICER ANDREW DE LEON | § | |

## ORDER ON MOTION SETTING
## PLAINTIFFS' MOTION TO REMAND FOR HEARING

On the ____ day of _____, 2000, the Court considered the Motion Setting Plaintiffs' Motion to Remand for Hearing, and after reviewing the evidence find that the Motion should be **GRANTED/NOT GRANTED**.

**IT IS THEREFORE ORDERED** that the above-entitled and -numbered cause be set for hearing on _____ at _____ in the Third Floor Courtroom, United States District Courthouse, 521 Starr Street, Corpus Christi, Texas.

**SIGNED** on the _____ day of _____, 2000.

_____
JUDGE PRESIDING