IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 2 2000

Michael N. Milby, Clerk of ~~~

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | 14. |
| ESMERALDA CARRIZALES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2: 00 CV 101 |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON & | § | |
| OFFICER ANDREW DE LEON | § | |

## ORDER ON MOTION SETTING
## <u>PLAINTIFFS' MOTION TO REMAND FOR HEARING</u>

On the _11th_ day of _April_, 2000, the Court considered the Motion Setting Plaintiffs' Motion to Remand for Hearing, and after reviewing the evidence find that the Motion should be **GRANTED/~~NOT GRANTED~~**.

**IT IS THEREFORE ORDERED** that the above-entitled and -numbered cause be set for hearing ~~on~~ _at the IPTC_ at _____ in the Third Floor Courtroom, United States District Courthouse, 521 Starr Street, Corpus Christi, Texas.

**SIGNED** on the _11th_ day of _April_, 2000.

_____
JUDGE PRESIDING