# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Mary Beth Garza

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Erik Hansen

**U.S.C.S.O.:** Eleazar Jaime

**U.S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED

APR 1 3 2000

MICHAEL N. MILBY
CLERK

**DATE:** April 13, 2000   **OPEN:** 2:50   **ADJOURN:** 3:22

**TAPE:** #6

**CIVIL ACTION NUMBER:** C-00-101

Catrina Valadez, et al.         **COUNSEL:** Gray Scoggins

VS.

City of San Diego, et al.       **COUNSEL:** James F. McKibben

(√) IPTC: Case called. Appearances are made. Discussion of case matters. Court denies motion for remand filed by plaintiff. Court signs scheduling order. Court refers parties to mediation. Court signs general order. Court orders parties to pre-mark and exchange exhibits prior to the filing of the JPTO. Adjourned.

15.