United States District Court
Southern District of Texas
ENTERED

APR 1 4 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CATRINA VALADEZ, ALMA AVILA AND § <br> ESMERALDA CARRIZALES § <br> § <br> V. § <br> § <br> CITY OF SAN DIEGO, OFFICER § <br> BRENDA DE LEON AND OFFICER § <br> ANDREW DE LEON § | C.A. NO. C-00-101 |

### ORDER

IT IS ORDERED that no later than the original date set for the filing of the Joint Pretrial Order, all parties shall pre-mark and exchange exhibits they intend to use during the course of trial.

ORDERED this 13th day of April, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE