United States District Court
Southern District of Texas
FILED

MAY 01 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | CIVIL ACTION NO. C-00-101 |
| VS. | § | JURY |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON & | § | |
| OFFICER ANDREW DE LEON | § | |

**DEFENDANTS', CITY OF SAN DIEGO, OFFICER BRENDA
DE LEON & OFFICER ANDREW DE LEON,
ANSWER TO PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW the City of San Diego, Officer Brenda De Leon and Officer Andrew De Leon, Defendants in the above entitled and numbered cause, and file this their Answer to Plaintiffs' First Amended Original Petition, and for same would show the court as follows:

### I. Answer

1. In response to sentence 1 of paragraph I. of Plaintiffs' First Amended Original Petition, Defendants deny the allegation contained therein.

2. In response to sentence 2 of paragraph I. of Plaintiffs' First Amended Original Petition, Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained therein.

3. In response to sentence 3 of paragraph I. of Plaintiffs' First Amended Original Petition, Defendants admit the allegations contained therein.

4. In response to sentence 4 of paragraph I. of Plaintiffs' First Amended Original Petition, Defendants are neither required to admit or deny the allegation contained therein.

5. In response to sentence 5 of paragraph I. of Plaintiffs' First Amended Original Petition, Defendants admit the allegations contained therein.

6. In response to sentence 6 of paragraph I. of Plaintiffs' First Amended Original Petition, Defendants are neither required to admit or deny the allegation contained therein.

7. In response to sentence 7 of paragraph I. of Plaintiffs' First Amended Original Petition, Defendants deny the allegations contained therein.

8. In response to sentence 8 of paragraph I. of Plaintiffs' First Amended Original Petition, Defendants deny the allegation contained therein.

9. In response to sentence 9 of paragraph I. of Plaintiffs' First Amended Original Petition, Defendants deny the allegation contained therein.

10. In response to paragraph II. of Plaintiffs' First Amended Original Petition, Defendants deny the allegations contained therein. Defendants assert that Plaintiff Catrina Valadez was cited with violations of Texas law, specifically Disorderly Conduct by Language and Failure to Identify.

11. In response to paragraph III. of Plaintiffs' First Amended Original Petition, Defendants deny the allegations contained therein. Defendants assert that Plaintiff Catrina Valadez was cited with violations of Texas law, specifically Disorderly Conduct by Language and Failure to Identify.

12. In response to paragraph IV. of Plaintiffs' First Amended Original Petition, Defendants deny all of the allegations contained therein.

13. In response to paragraph V. of Plaintiffs' First Amended Original Petition, Defendants deny all of the allegations contained therein. Defendants deny that the Plaintiffs are entitled to the relief prayed for in paragraph V.

14. In response to paragraph VI. of Plaintiffs' First Amended Original Petition, Defendants deny all of the allegations contained therein. Defendants deny that Plaintiffs are entitled to recover punitive damages as prayed for in paragraph VI. Defendants would show that the imposition of punitive damages under these circumstances would violate constitutional protections against punishment without due process.

15. In response to paragraph VII. of Plaintiffs' First Amended Original Petition, Defendants deny all of the allegations contained therein.

16. In response to paragraph VIII. of Plaintiffs' First Amended Original Petition, Defendants deny all of the allegations contained therein. Defendants deny that Plaintiffs are entitled to recover the relief prayed for in paragraph VIII.

17. In response to paragraph IX. of Plaintiffs' First Amended Original Petition, Defendants deny all of the allegations contained therein. Defendants deny that Plaintiffs are entitled to recover the relief prayed for in paragraph IX.

## II. DEFENSES

18. Defendants assert that Defendant Officer Brenda De Leon was at all times acting in a good faith belief that her actions were proper and is entitled to official and qualified immunity from suit.

19. Defendants assert that Defendant Officer Andrew De Leon was at all times acting in a good faith belief that his actions were proper and is entitled to qualified immunity from suit.

20. Defendant City of San Diego asserts the defense of sovereign immunity to some of the claims of Plaintiffs.

21. Defendants assert the defense of contributory negligence to Plaintiffs' claims the Defendants were negligent, and would show that Plaintiffs' acts or omissions were proximate causes of the occurrence in question.

## III. CONCLUSION

WHEREFORE PREMISES CONSIDERED, Defendants pray that the Court find that Defendants are free of any liability to Plaintiffs, that Plaintiffs' claims be dismissed, and that Court order that all costs of suit, including Defendants' reasonable attorney's fees be taxed against Plaintiffs. Defendants further pray for all other relief to which they may be justly entitled.

Respectfully Submitted,

By: _____
James F. McKibben, Jr.
State Bar No. 13713000
Federal ID No. 914
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401
(361) 882 - 6611 - Telephone
(361) 866 - 8039 - Telecopier

ATTORNEY-IN-CHARGE FOR DEFENDANTS
CITY OF SAN DIEGO, OFFICER BRENDA
DE LEON AND OFFICER ANDREW DE LEON

4

OF COUNSEL:

*BARGER, HERMANSEN, McKIBBEN & VILLARREAL, L.L.P.*
Liza Marie Aguilar
State Bar No. 24006741
Federal ID No. 23222
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401
(361) 882 - 6611 - Telephone
(361) 866 - 8039 - Telecopier

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Answer to Plaintiffs' First Amended Original Petition was served on counsel of record by the method indicated below on this the 1st day of May, 2000:

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Mr. Gray P. Scoggins
*ATTORNEY AT LAW*
113 N. Reynolds
Alice, Texas 78332

_____
James F. McKibben, Jr.