UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

District Court
of Texas
FILED
JUL 07 2000
Michael N. Milby, Clerk

| | |
|---|---|
| CATRINA VALADEZ, § | |
| ALMA AVILA AND § | |
| ESMERALDA CARRIZALES § | |
| § | CIVIL ACTION NO. C-00-101 |
| VS. § | |
| § | |
| CITY OF SAN DIEGO, § | |
| OFFICER BRENDA DE LEON & § | |
| OFFICER ANDREW DE LEON § | |

## DEFENDANTS' FIRST SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO RULE 26

TO:   Plaintiffs, Catrina Valadez, Alma Avila and Esmeralda Carrizales, by and through their attorney of record, Mr. Gray P. Scoggins, *ATTORNEY AT LAW*, 113 N. Reynolds, Alice, Texas 78332:

NOW COMES, Defendants, CITY OF SAN DIEGO, OFFICER BRENDA DE LEON and OFFICER ANDREW DE LEON, by and through their respective counsel, and makes this their first supplemental initial disclosures pursuant to Rule 26.

Respectfully submitted,

*/s/ James F. McKibben, Jr.*
James F. McKibben, Jr.
State Bar No. 13713000
Federal Admission No. 914
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401
(361) 882-6611 - telephone
(361) 866-8039 - telecopier

*Signed with permission by Lisa Marie Aguilar
State Bar No. 24006741
Federal ID No. 23222*

ATTORNEY-IN-CHARGE FOR DEFENDANTS
CITY OF SAN DIEGO, OFFICER BRENDA DE LEON
AND OFFICER ANDREW DE LEON

24

OF COUNSEL:

**BARGER, HERMANSEN, McKIBBEN & VILLARREAL, L.L.P.**
Liza Marie Aguilar
State Bar No. 24006741
Federal Admission No. 23222
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401
(361) 882-6611 - telephone
(361) 866-8039 - telecopier

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing legal document was this the 7th day of July, 2000 mailed certified mail, return receipt requested to the following named person, to wit:

Mr. Gray P. Scoggins
*ATTORNEY AT LAW*
113 N. Reynolds
Alice, Texas 78332

James F. McKibben, Jr.
*signed with permission by
Liza Marie Aguilar
State Bar No. 24006741
Federal ID No. 23222*

# INITIAL DISCLOSURES

A. The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

**RESPONSE:**

Catrina Valadez
702 E Palacios
San Diego, Texas 78384
**Plaintiff**

Alma Avila
702 E. Palacios
San Diego, Texas 78384
**Plaintiff**

Esmeralda Carrizales
702 E. Palacios
San Diego, Texas 78384
**Plaintiff**

City of San Diego
200 South Dr. Dunlap Hwy.
San Diego, Texas 78384
**Defendant**

Officer Brenda De Leon
San Diego Police Department
404 S. Mier
San Diego, Texas 78384
**Defendant**

Officer Andrew De Leon
San Diego Police Department
404 S. Mier
San Diego, Texas 78384
**Defendant**

Antonio Benavides
404 S. Mier
San Diego, Texas 78384
(361) 279-3341
**Former City Manager**

Ruben James Valadez
505 W. Dix
San Diego, Texas 78384
**Identified by Plaintiff**

Dr. Ramon H. Tanguma
404 S. Mier
San Diego, Texas 78384
**City Administrator**

Alfredo E. Cardenas
404 S. Mier St.
San Diego, Texas 78384
(361) 279-3341
**Mayor**

Bruno Vasquez
San Diego Courthouse
San Diego, Texas 78384
(361) 279-3351
**Deputy Sheriff**

Roman Gonzalez
404 S. Mier St.
San Diego, Texas 78384
(361) 279-3341
**Chief of Police**

Members of San Diego City Council
404 S. Mier St.
San Diego, Texas 78384
(361) 279-3341
**Identified by Plaintiff**

## First Supplemental:

### PLAINTIFF'S HEALTH CARE PROVIDERS

Alice Regional Hospital
2500 E. Main
Alice, Texas 78332
(361) 664-4376

Vaughn Chiropractic Clinic
603 E 1st St.
Alice, Texas 78332
(361) 664-1181

4

    Coastal Bend Women's Center
    7121 S.P.I.D. Suite 200
    Corpus Christi, Texas
    (361) 993-6000

B. A copy of, or a description by category and location of all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:

**RESPONSE:**

  1. San Diego Police Department Offense Report - Case No. 99-0651.

  2. San Diego Police Department Supplemental Report.

  3. Photo of Catarina Valadez's arm.

  4. Sworn statement by Brenda De Leon in Cause No. 15518.

  5. Citation #002642 to Catarina Valadez.

C. A copy of, or description by category of, damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE:**

  Not applicable.

D. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

  Objection. This is not discoverable pursuant to §101.104 of the Texas Civil Practice and Remedies Code.