# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Myra Orta Alfano

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Chris Jenkins

**U. S. C. S. O.:**

**U. S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas

SEP 1 2 2000

MICHAEL N. MILBY
CLERK

**DATE:** September 12, 2000   **OPEN:** 8:36 AM   **ADJOURN:** 8:42 AM

**TAPE:** #1

**CIVIL ACTION NUMBER:** C-00-101

Catrina Valadez, Alma Avila & Esmeralda Carrizales   **COUNSEL:** Gray P. Scoggins

VS.

City of San Diego, Officer Brenda Deleon, Officer Andrew Deleon   **COUNSEL:** James F. McKibben, Jr.

(✓) Conference Call/Discovery:

Case called. Appearances are made. Court has discussion of discovery issues. Court makes oral rulings.