UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Cou...
Southern District of Texas
FILED
SEP 13 2000
MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-101 |
| | § | JURY |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON & | § | |
| OFFICER ANDREW DE LEON | § | |

## NOTICE OF CHANGE OF ADDRESS

To:   Defendants, City of San Diego, Officer Andy DeLeon and Officer Brenda DeLeon, by and through their attorney of record, Mr. James F. McKibben, Jr., Attorney at Law at One Shoreline Plaza, 800 N. Shoreline Blvd., Suite 2000 North Tower, Corpus Christi, Texas 78401

GRAY P. SCOGGINS, currently representing Plaintiffs, Catrina Valadez, Alma Avila and Esmeralda Carrizales, herein, is moving his offices. As of September 15, 2000, Gray P. Scoggins new address will be as follows:

**GRAY P. SCOGGINS
ATTORNEY AT LAW
63 N. KING ST.
ALICE, TEXAS 78332
361 668-3536: Telephone
361 668-3576: Facsimile**

Respectfully submitted,

GRAY P. SCOGGINS
Attorney at Law
113 N. Reynolds
Alice, Texas 78332
(361) 668-3536: Telephone
(361) 668-3576: Facsimile

_____
Gray P. Scoggins
State Bar No. 00798494

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice of Change of Address was served on the below, in accordance with the Federal Rules of Civil Procedure by Regular Mail on this the 23rd day of August, 2000.

Barger, Hermansen, McKibben & Villarreal, L.L.P.
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 North Tower
Corpus Christi, Texas 78401
Mr. James F. McKibben, Jr.

_____
Gray P. Scoggins