IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV - 2 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-101 |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON & | § | |
| OFFICER ANDREW DE LEON | § | |

## PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

COMES NOW, CATRINA VALADEZ, ALMA AVILA AND ESMERALDA CARRIZALES, Plaintiffs, and makes and files their Designation of Expert Witnesses:

Antonio Benavides - Former City Manager. Mr. Benavides can testify to the City of San Diego's practices and policies, hiring policies and back-ground checks on officers, City Counsels' knowledge as to quality and training of officers. Disciplinary actions taken against officers.

Roman Gonzalez, Former Chief of Police, 404 S. Mier, St., San Diego, Texas 78384, Telephone: (361) 279-3341 - will testify as to policy and procedure of City of San Diego Police Department in general and as to this event in particular.

Plaintiffs have not formally retained experts at this time, however Plaintiffs reserve the right to call any and all experts whom have been, or may be designated by any party of this lawsuit.

In addition, certain individuals have been identified as persons with knowledge of relevant facts regarding the occurrence made the basis of this lawsuit. Should any of those individuals qualify as an expert or express opinions, which may qualify as expert opinions, Plaintiffs reserve the right to designate those individuals as expert witnesses, included but not limited to those identified by Defendants.

Plaintiff reserves the right to supplement this Designation of Expert Witnesses at a later date.

27.

Respectfully submitted,

GRAY P. SCOGGINS
Attorney at Law
63 N. King St.
Alice, Texas 78332
(361) 668-3536: Telephone
(361) 668-3576: Telecopier

BY: _____
Gray P. Scoggins
State Bar No.: 00798494
Federal ID No.: 22125
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was served upon the following in accordance with the Federal Rules of Civil Procedure.

James F. McKibben, Jr.          CMRRR #7099 3220 0001 0887 1034
Attorney at Law
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 North Tower
Corpus Christi, Texas 78401

SIGNED this 1st day of November, 2000.

_____
Gray P. Scoggins