UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 27 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | CIVIL ACTION NO. C-00-101 |
| VS. | § | |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON & | § | |
| OFFICER ANDREW DE LEON | § | |

### DEFENDANT'S DESIGNATION OF EXPERT WITNESSES

TO:   Plaintiffs, Catrina Valadez, Alma Avila, and Esmeralda Carrizales, by and through their attorney of record, Mr. Gary P. Scoggins, **ATTORNEY AT LAW**, 113 N. Reynolds, Alice, Texas 78332.

COMES NOW Defendants, CITY OF SAN DIEGO, OFFICER BRENDA DELEON AND OFFICER ANDREW DELOEN, and designates its expert witnesses in accordance with the provisions of the Federal Rules of Civil Procedure and in such regard would show the Court as follows:

I.

Defendant hereby designates the following individuals that may be called as expert witnesses during the trial of this case:

Mr. David Tower, III
City Attorney, City of San Diego
410 E. Collins St.
P.O. Box 569
San Diego, Texas 78384

Officer Brenda DeLeon
12635 Scarsdale Apt. 513
San Antonio, 78217

Officer Andrew DeLeon
12635 Scarsdale Apt. 513
San Antonio, 78217

These persons have not been retained or specially employed to provide expert testimony in this case.

II.

Additionally, many other persons have and will be identified as persons with knowledge of relevant facts. Those persons are expected to testify regarding factual matters and have not been formally retained by this party as expert witnesses. However, to the extent that any such person's testimony might constitute "expert" opinions, said persons are hereby designated as experts.

The Defendant reserves the right to amend its Designation of Expert Witnesses in the event they learn through discovery that additional experts are necessary.

Respectfully Submitted,

By: _____
James F. McKibben, Jr.
State Bar No. 13713000
Federal ID No. 914

ATTORNEY-IN-CHARGE FOR DEFENDANTS
CITY OF SAN DIEGO, OFFICER BRENDA DELEON
AND OFFICER ANDREW DELEON

2

OF COUNSEL:

*BARGER, HERMANSEN, McKIBBEN & VILLARREAL, L.L.P.*
James F. McKibben, Jr.
State Bar No. 13713000
Federal ID No. 914
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401
(361) 882-6611 - telephone
(361) 866-8039 - telecopier

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing legal document was this the 27 day of November, 2000 mailed, via certified mail, return receipt requested, to the following named person, to wit:

Mr. Gary P. Scoggins
*ATTORNEY AT LAW*
113 N. Reynolds
Alice, Texas 78332
Attorney for Plaintiffs

James F. McKibben, Jr.

3