IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

**DEC 29 2008**

Michael N. Milby, Clerk

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-101 |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON & | § | |
| OFFICER ANDREW DE LEON | § | |

## PLAINTIFF CATRINA VALADEZ' SUPPLEMENTAL
## RESPONSES TO REQUEST FOR DISCLOSURE

Plaintiff, Catrina Valadez, serves the attached Supplemental Responses to the Request for

Disclosure.

Respectfully submitted,

GRAY P. SCOGGINS
Attorney at Law
63 N. King St.
Alice, Texas 78332
(361) 668-3536: Telephone
(361) 668-3576: Telecopier

BY: _____
Gray P. Scoggins
State Bar No.: 00798494
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served in accordance with the Texas Rules of Civil

Procedure on December 28, 2000, on the following:

James F. McKibben, Jr.                    CM/RRR # 7099 3220 0001 0887 1485
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 North Tower
Corpus Christi, Texas 78401

_____
Gray P. Scoggins

30

## <u>SUPPLEMENTAL RESPONSES TO REQUEST FOR DISCLOSURE</u>

A.      State the correct names of the parties to the lawsuit.

ANSWER:

Plaintiffs:      Emeralda Carrizales, Catrina Valadez, Alma Avila

Defendants:     City of San Diego, Brenda De Leon and Andrew De Leon

B.      State the name, address, and telephone number of any potential party.

RESPONSE:

No other parties are known at this time.

C.      State each of your legal theories and, in general, the factual bases for each of your claims or defenses.

RESPONSE:

Plaintiffs allege cause of action under 42 USC 1983 violation of constitutional right by individual acting under color of law.

Texas tort claim act - personal injury caused by use of personal property

D.      State the amount and any method of calculating economic damages.

RESPONSE:

Economic damages - none

E.      State the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case.

RESPONSE:

1.      Emeralda Carrizales, - party witness - will testify as to the acts witnessed at 702 Palacios, San Diego, Texas 78384 and the injuries sustained;

2.  Catrina Valadez, - party witness - will testify as to the acts witnessed at 702 Palacios, San Diego, Texas 78384 and the injuries sustained;

3.  Alma Avila, - party witness - will testify as to the acts witnessed at 702 Palacios, San Diego, Texas 78384 and the injuries sustained. and

4.  Antonio Benavides - Former City Manager, will testify as to the City of San Diego's practices and policies, hiring policies and back-ground checks on officers, City Counsels' knowledge as to quality and training of officers.  Disciplinary actions taken against officers. Will supplement.

5.  Ruben James Valadez, 505 W. Dix, San Diego, Texas 78384- will testify concerning underlying criminal charges and complaints filed against Esmeralda Carrizales.

6.  Dr. Ramon H. Tanguma, City Administrator, 404 S. Mier, San Diego, Texas 78384 Telephone: (361) 279-3341 - will testify as to current policies and procedures in areas of officer training, hiring and disciplinary proceedings.  Acts by City Counsel of ratifying officers conduct.  Knowledge of City Counsel.

7.  Alfredo E. Cardenas, Mayor, 404 S. Mier, St., San Diego, Texas 78384 Telephone: (361) 279-3341 - will testify as to current policies and procedures in areas of officer training, hiring and disciplinary proceedings.  Acts by City Counsel of ratifying officers conduct.  Knowledge of City Counsel.

8.  Bruno Vasquez, Deputy Sherriff, San Diego Courthouse, San Diego, Texas 78384 Telephone: (361) 279-3351 - will testify as to witness to events at 505 W. Dix, San Diego, Texas 78384.

9.  David D. Towler, City Attorney, P. O. Box 569, San Diego, Texas 78384, Telephone: (361) 279-3368 - will testify as to policy and procedures of City of San Diego.  Action taken against officers.

10.  Roman Gonzalez, Chief of Police, 404 S. Mier, St., San Diego, Texas 78384 Telephone: (361) 279-3341 - will testify as to policy and procedure of City of San Diego Police Department in general and as to this event in particular.

11.  Members of San Diego City Counsel - 404 S. Mier, St., San Diego, Texas 78384 Telephone: (361) 279-3341- will testify as to policy and procedures of City of San Diego.

Will supplement this response at a later date.

F.  for any testifying expert:

    (1)  the expert's name, address, and telephone number;

(2)    the subject matter on which the expert will testify;

(3)    the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to your control of the responding party, documents reflecting such information;

(4)    if the expert is retained by, employed by, or otherwise subject to the control of the responding party

    A)    all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

    B)    the expert's current resume and bibliography;

**ANSWER:**    **Supplemented this 28th day of December, 2000**

Plaintiffs have not formally retained experts at this time, however Plaintiffs reserve the right to call any and all experts whom have been, or may be designated by any party of this lawsuit.

In addition, certain individuals have been identified as persons with knowledge of relevant facts regarding the occurrence made the basis of this lawsuit. Should any of those individuals qualify as an expert or express opinions, which may qualify as expert opinions, Plaintiffs reserve the right to call those individuals as expert witnesses, included but not limited to those identified by Defendant.

G.    any discoverable indemnity and insuring agreements;

**ANSWER:**

None

H.    any discoverable settlement agreements;

**ANSWER:**

None

I.    any discoverable witness statements;

**ANSWER:**

No witness statements are known to exist. Will supplement.

J.      in a suite alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills.

ANSWER:      **Supplemented this 28ᵗʰ day of December, 2000.**

See attached documents bates numbered 1 through 19

K.      in a suite alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party.

ANSWER:      **Supplemented this 28ᵗʰ day of December, 2000.**

See attached documents bates numbered 1 through 1.19,

## MEDICAL RECORDS AFFIDAVIT

RECORDS PERTAINING TO CATRINA VALADEZ:

BEFORE ME, the undersigned notary, on this day, personally appeared _Leonor Garza_, who being by me duly sworn, deposed as follows:

My name is _Leonor Garza_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the Custodian of Medical Records of Attached hereto are _17_ pages of records from Alice Regional Hospital. These said _17_ pages of records are kept by Alice Regional Hospital in the regular course of business, and it was the regular course of business of Alice Regional Hospital for an employee or representative of Alice Regional Hospital, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are exact duplicates of the originals and it is a rule not to permit the original records to leave the premises.

Further, Affiant sayeth not.

_Leonor Garza_ R H I A
Print Name: _Leonor Garza_ AFFIANT

SWORN TO AND SUBSCRIBED before me on this the _21st_ day of December, 2000.

_Rosa Maria Soto_
NOTARY PUBLIC, STATE OF TEXAS

ROSA MARIA SOTO
MY COMMISSION EXPIRES
May 7, 2002

000001

# MEDICAL AUTHORIZATION

RE:   Name:      Catrina Valadez
         Address:   702 Palacios, San Diego, Texas 78384
         DOI:      November 19, 1999
         DOB:     July 3, 1980
         SS #:     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

I, Catrina C. Valadez, authorize the Law Office of Gray P. Scoggins, to obtain a full and complete copy of the medical records relating to my care and treatment held or maintained by any physician, dentist, psychiatrist, chiropractor, hospital, clinic, laboratory, physical therapist, or any other medical care provider, including confidential information regarding HIV testing and/or test results. The medical records requested are from November, 1999, through the present date.

Dated:   _12-12-00_

_Catrina C. Valadez_
Catrina C. Valadez

000002

# Alice Regional Hospital

**ADMITTING FORM**

## PATIENT

| | | PRE SERVICE DATE | CLERK FBO.GMR |
|---|---|---|---|

PATIENT N.                        . .
F020421329              08

| PATIENT NAME | PATIENT PHONE NO | MED REC NO. | ADMIT DATE | ADMIT TIME |
|---|---|---|---|---|
| VALDEZ, CATRINA | 361-279-3874 | F0071123 | 11/19/99 | 1931 |

| PATIENT ADDRESS/CITY STATE/ZIP CODE | | SSN | DISCH DATE | DISCH TIME |
|---|---|---|---|---|
| PO BOX 773 | SAN DIEGO, TX 78384 | 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 | | |

| PATIENT EMPLOYER | OCCUPATION | BIRTH DATE | AGE | SEX | MARITAL | RELIGION | RACE | SERVICE |
|---|---|---|---|---|---|---|---|---|
| NU WAY | CASHIER | 07/03/80 | 19 | F | U | UN | U | |

| EMPLOYER ADDRESS CITY | | BUSINESS PHONE NO | ROOM | BED |
|---|---|---|---|---|
| SAN DIEGO, TX 78384 | | 361-279-2883 | F.ER | |

| ADMIT PHYS/PHONE NO | REFERRING/FAMILY/OTH |
|---|---|
| Perkins, Matilda M D / 318-474-6330 | SCHUMACHER, GROUP |

ADMITTING DIAGNOSIS
VAG BLEEDING//4 WKS PREG

## GUARANTOR

| GUARANTOR NAME | SSN | GUARANTOR REL | GUARANTOR EMP |
|---|---|---|---|
| VALDEZ, CATRINA | 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 | S | NU WAY |

| STREET ADDRESS | PHONE NO | OCCUPATION | BUSINESS PHONE |
|---|---|---|---|
| PO BOX 773 | 361-279-3874 | CASHIER | 361-279-2883 |

| CITY, STATE | ZIP CODE | EMPLOYER ADDRESS |
|---|---|---|
| SAN DIEGO, TX 78384 | | 100 VAQUERO, SAN DIEGO, TX 78384 |

## INSURANCE

| PRIMARY INS COMPANY | SECONDARY INS CO |
|---|---|
| EMPLOYERS HEALTH HUMANA PPO | |

| PRIMARY SUBSCRIBER NAME | PRIMARY POLICY | SECONDARY SUBSCRIBER | SECONDARY POLIC |
|---|---|---|---|
| VALDEZ, RUBEN | 455414958 | | |

| PRIM SUBSCRIBER EMP | PRIM GROUP NO | PRIM RSL | SEC SUBSCRIBER EMP | SEC GROUP NO | SEC REL |
|---|---|---|---|---|---|
| DUVAL COUNTY | | H | | | |

| LOCAL FRIEND/RELATIVE | LOCAL FRIEND/RELATIVE ADDRESS | FRIEND/REL PHONE |
|---|---|---|
| CARRIZALES, ESMERALDA | UN, SAN DIEGO, TX 78384 | 361-279-3018 |

| EMERGENCY CONTACT | EMERGENCY PHONE | EMERGENCY ADDRESS | REL TO PT |
|---|---|---|---|
| CARRIZALES, ESMERALDA | 361-279-3018 | UN, SAN DIEGO, TX 78384 | M |

| ACCIDENT? | ON JOB INJ? | ACCIDENT COMMENT |
|---|---|---|

**FINAL DIAGNOSIS (PRIMARY DIAGNOSIS):**

640.03

**SECONDARY DIAGNOSIS OR COMPLICATIONS:**

**OPERATIVE/NON-OPERATIVE PROCEDURE:**

**CONSULTANTS:**

000003

© 1995-97 E.S.C.   Circle positives, check normals, backslash (\) negatives

**39   Columbia Alice Physicians & Surgeons Hospital**
# EMERGENCY PHYSICIAN RECORD
### Female Urogenital Problems   (5)

TIME SEEN: _1955_   ROOM: _____
V/S   BP_____ HR_____ RR_____ Temp_____
HISTORIAN: __patient _____

**HPI**
**chief complaint-** pelvic pain  vaginal pain  dysuria
(vaginal bleeding)  passing tissue  vaginal discharge

started- _this Am_
_11 Am_
_continuing_
_____worse
_____gone now  ___ better
_____intermittent episodes lasting

_Using no pads   just blood_
_with wipes p urination_

**pain-**
pelvic pain
mild / mod / severe / sudden
intermittent / constant
cramping / pressure / "pain"
burning / sharp
__vulvar/vaginal pain
__low back pain
__flank pain

**LNMP-** _10/9/99_  ___post-menop. ___s/p hyst.
pregnant (pos home HCG)___/MOS  EDC___
__irregular / missed period(s)
__prior abnormal period(s)

**vaginal bleeding-**
__abnormal bleeding  (started)___
__compared to menstrual periods: severe / heavier / similar / lighter / spotting
__passing clots / tissue___

**urinary symptoms-**
__blood in urine
__frequent urination
__discomfort with urination
__burning  urgency  pain
(+) frequency

**discharge-**
__vaginal discharge___
__vag. fluid leakage (pregnant)

**Obstetric Hx:** G _1_ P _0_ Ab _0_   _planned pregnancy_
**Sexual Hx:** active  __inactive  __pain w/ intercourse
**Contraceptive-** none  __condoms  __BCP's  __IUD  __BTL
__Similar symptoms previously___
__Recently seen/treated by doctor___
prenatal care: __clinic  __Dr._____  _none_
__prior sonogram ( showed... IUP / empty uterus / uncertain )
_appt 11/23/99_

**ROS**
GI
__decreased appetite___
__nausea
__vomiting _x one 5 days ago_
__diarrhea___
__black / bloody stools___
↑ appetite

**CONST**
__fever
__subjective / to ___°F
__chills
EYES / ENT
eye pain / discharge _burning_
__sore throat
CHEST / CVS
__cough
__shortness of breath
__chest pain _one the other day_
SKIN & LYMPH & MS
__skin rash / swelling
__joint pain
☐ all systems neg. except as marked

**PAST HISTORY** __negative  __see NAS
pelvic infection _month ago_
__ectopic pregnancy
__ovarian cyst(s)
__endometriosis
__kidney stone(s)
__bladder/kidney infection.
__gall stones
__diabetes  insulin / oral / diet
__other problems

_PID   MD in San Diego_
_pills + suppositories_

**Surgeries/Procedures:** none
__bilat tubal ligation___
__appendectomy___
__gall bladder___
__c-section___
__hysterectomy___
__salpingo-oophorectomy___
__tonsillectomy___

**Medications** none  __see NAS
__ASA __ibuprofen __acetaminophen
**Allergies** NKDA  __see NAS

**SOCIAL HX** smoker___  drugs___
alcohol (recent / heavy / occasional)___
**FAMILY HX** __ovarian cysts  __ovarian cancer___

000004

☐ Nursing Assessment Reviewed.   ☐ BP, HR, RR, Temp reviewed.

**PHYSICAL EXAM**   __Alert __Anxious __IV _____
Distress-   __NAD __mild __moderate __severe

**HEENT**
__ENT inspection nml          __scleral icterus / pale conjunctivae_____
__pharynx nml                __pharyngeal erythema_____
                             __abnml TM / hearing deficit_____

**NECK**
__nml inspection             __thyromegaly_____
__thyroid nml                __lymphadenopathy ( R / L )_____

**RESPIRATORY**
__no resp. distress          __wheezing_____
__breath sounds nml          __rales_____

**CVS**
__heart sounds nml           __tachycardia / bradycardia / murmur_____

> T = tenderness
> G = guarding
> R = rebound
> m = mild
> mod = moderate
> sv = severe
> Example: Tsv
> indicates severe
> tenderness.

**ABDOMEN**
__non-tender                 __tenderness_____
__no organomegaly            __guarding_____
__nml bowel snds             __rebound_____
                             __abnml bowel sounds_____
                             __hepatomegaly / splenomegaly_____
                             __gravid uterus / mass_____

**RECTAL**
__non-tender                 __black / bloody / heme pos. stool_____
__heme neg stool             __tenderness_____

**BACK**
__nml inspection             __CVA tenderness ( R / L )_____

**PELVIC EXAM**
__external exam nml          __herpes-like ulcerations_____
__speculum exam nml          __vaginal discharge_____
  (vagina, cervix)           __active bleeding  mild / mod / severe_____
                             __blood/clots in vaginal vault_____
                             __cervicitis_____

__bimanual exam nml          __cerv. motion tenderness_____
  (uterus, adnexa)           __cervical dilation_____
                             __adnexal tenderness ( R / L )_____
                             __uterine tenderness_____
                             __enlarged uterus_____
                               __consistent with dates_____-wk
                             __adnexal mass / fullness ( R / L )_____

**SKIN**
__color nml, no rash         __cyanosis / diaphoresis / pallor_____
__warm, dry                  __skin rash_____

**EXTREMITIES**
__non-tender                 __pedal edema_____
__normal ROM                 __calf tenderness_____
__no pedal edema

**NEURO/PSYCH**
__oriented x3                __disoriented to person / place / time_____
__mood/affect nml            __depressed affect_____
__CN's intact (2-12)         __facial droop/EOM palsy/anisocoria_____
__no motor/sensry deficit    __weakness / sensory loss_____

---

**LABS, XRAYS, and PROGRESS:**

**CBC**          **Chemistries**              **UA**
normal           normal                       normal
nml except       nml except                   nml except
WBC_____        Na_____                     WBC_____
Hgb__13.0        K_____                      RBC's_____
Hct__38.8        Cl_____    BHCG /           bacteria_____
Platelets_____  CO2_____   serum / urine    dip: 2+ blood
segs_____       Gluc_____  POS  NEG         2-4rbc/hpf
bands_____      BUN_____
lymphs_____     Creat_____  Quantitative
monos_____                   SHCG 18,128

                              TYPE/RH ⊕

**X-rays** _____

**Pelvic Sonogram**  Read by Dr Strauss Radiology
P Sono = 5.7 wk gestational sac
N.s. _____ heart beat

**Postural Vitals**   __nml __abnormal:_____

Time_____ __unchanged __improved __re-examined

__Rhogam given_____
__Hx / Exam limited by_____ __Crit Care-____ min

> __Discussed with Dr._____   __Prior records ordered
> will see patient in:  office / ED / hospital   __Additional history from:
> __Counseled patient / family regarding:   family caretaker paramedics
> (lab results)  diagnosis  need for follow-up
> __Rx given __Admit orders written           __EKG / X-ray examined
>                                              __Discussed with radiologist

**CLINICAL IMPRESSION:**     *EMS Arrival*

Pelvic Pain - acute          Appendicitis- acute
Abdominal Pain - acute       Ectopic Pregnancy  ruptured
Vaginal Bleeding             Ovarian Cyst - ruptured / torsed
Vomiting - acute             Threatened Abortion
Cervicitis                   Abortion  incomplete complete  missed
Herpes Genitalis             "Blighted Ovum"  Fetal Demise
Pelvic Inflamm. Disease- acute   Ureterolithiasis-acute ( R / L )
Intrauterine Pregnancy       Pyelonephritis- acute
Discomfort of Pregnancy      Urinary Tract Infection - acute
                             Cystitis - acute

Threatened AB
No intrauterine demise on tampons
RT BIB passing clots & tissue. Chem to see

DISPOSITION- ☐ home ☐ admitted ☐ transferred   same
CONDITION- ☑ unchanged ☐ improved ☐ stable   Stack PN Vits
Novigrans activity

PHYSICIAN SIGNATURE-_____

000005

**ALICE REGIONAL HOSPITAL**

| | |
|---|---|
| NAME: Valadez, Catrina | DATE: 11-16-99 |
| AGE: 19 | DOB: 7-?-80 | ERMD: Parker | Signature/Title |

TRIAGE: 1920   TIME

**CC / Hx** ☐ Illness ☐ Injury
lower abdominal cramping / vaginal bleeding unit
Thru an state info
4 weeks pregnant

**ASSESSMENT**
☐ EMERGENT
☑ URGENT
☐ NONURGENT

Condition on arrival: ☐ Good ☑ Fair ☐ Poor ☐ Comatose ☐ CPR in Progress x ____ minutes

Arrived: ☑ Amb ☐ W/C ☐ Carried ☐ Stretcher   EMS Unit#   Brought By: ☐ Self ☑ Family/Friend

**Tx PTA:** ☑ None ☐ O₂ ____ IV ____ Other 10⁶/○

☐ Restraints ☐ Bandage ☐ Ice ____

Vitals on Arrival: T 98.7 P 78 R 19 BP 130

Imm./Tetanus ____ Wt 122# Ht ____
DLNMP ____ 9-99 Pregnant Yes ☐ No ☐ Wks: ____

☐ C-Collar ☐ Splints ☐ Restraints

DEVELOPMENTAL AGE
HEAD CIRCUMFERENCE

Allergies: NKA

**Medical Hx:** ☑ No Chronic Illnesses ☐ Diabetes ☐ Seizures ☐ HTN ☐ CVA ☐ Asthma ☐ Smoke ____ PPD ☐ CRF
☐ Cardiac ____ Lung Disease ____ Other ____ Special Needs: ____

**Surgical Hx:** ____

**Pain:** ☐ No ☑ Yes Location: L abdomen Description: ____ ☑ Minimal ☐ Moderate ☐ Severe ☐ Intermittent ☐ Constant
Radiates to: ____ Relieved by ____ Increased by ____ Assoc. Symptoms ____

| NURSING ASSESSMENT | | | | |
|---|---|---|---|---|
| **A. BEST EYE-OPENING RESPONSE** | Respirations | Chest | Pupils ☐ N/A | Visual Acuity ☐ N/A | Abdomen ☐ N/A | Extremities ☐ N/A |
| (4) Opens Spontaneously | ☑ Normal | ☐ N/A | ☐ Normal | R ____ OD ____ | ☑ Normal | ☐ N/A |
| (3) To Voice (1) Does Not Open | ☐ Shallow | R ____ | ☐ Pale | L ____ OS ____ | ☐ Tender-pain | ☐ MAE/Normal |
| (2) To Pain | ☐ Retracting | Pain ☐ Clear | ☐ Ashen | ☐ Equal ☐ Reactive | ☐ Non-reac. ☐ Corrective | ☐ RLQ ☐ LLQ | ☐ Deformity |
| **B. BEST VERBAL RESPONSE** | ☐ Tachypnea | ☐ Wheezes | ☐ Cyanotic | Lens | ☐ RUQ ☐ LUQ | ☐ Swelling |
| (5) Oriented (2) Incomprehensible Sounds | ☐ Labored | ☐ Rales | ☐ Diaphoretic | ☐ Fixed ☐ Corrective Lens | ☐ Distended | ☐ Discoloration |
| (4) Confused (1) No Response | ☐ Deep | ☐ Decreased | ☐ Hot | ☐ Dilated ☐ Corr. Lens | Bowel Sounds | Pulses L |
| (3) Inappropriate Verbal Response | | ☐ Absent | ☐ Cool | ☐ Pinpoint ☐ Other | ☐ Present | R Pedal |
| **C. BEST MOTOR RESPONSE** | Airway | ☐ Pulse Full & | ☐ Flushed | ☐ Other | ☐ Absent | ☐ Weak |
| (6) Obeys Commands (3) Flexion to Pain | ☐ Patent | Regular | ☐ Jaundiced | | LNBM ____ | ☐ Moderate |
| (5) Localizes to Pain (2) Extension to Pain | ☐ Obstructed | ☐ Normal | ☐ Clammy | | Last Ate ____ | ☐ Strong |
| (4) Withdraws to Pain (1) No Response | | | | | | ☐ Absent |

**COMA SCORE = (A + B + C)** ____

Lacerations: ☐ N/A ☐ Superficial ☐ Deep Wound length ____
Bleeding: ☐ Absent ☐ Present ☐ Source vaginal ☐ Neuro vascular intact

**PSYCHOSOCIAL:** ☑ Calm ☐ Anxious ☐ Cooperative
Behavior: ☐ Uncooperative ☐ Language Barrier ☐ Other ____

**Problems List / Potential For** ☑ Knowledge Deficit ☐ Alteration in Cardiac Output ☐ Other ____
☐ Alteration in Ventilation ☐ Impaired Gas Exchange ☐ Alteration in Mobility
☐ Impairment of Skin Integrity ☑ Potential Fluid Volume Deficit   Signature/Title ____

| | TIME | **NURSING INTERVENTIONS** | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ Gowned ☐ Blood Drawn ☐ UA obtained ☐ CCMS ☐ CATH ☐ Tepid bath ☐ Monitor applied ☐ Oxygen ☐ Restrained ☐ Side rails ↑ ☐ Extremity ↑ ☐ Suture tray setup ☐ Betadine scrub/scrub ☐ Ice applied ☐ O&G applied ☐ Ace applied ☐ Splint applied ☐ NG inserted # ☐ Pelvic exam ☐ Eye irrigation ☐ EKG ☐ RT ☐ X-ray To ____ ☐ Returned ☐ Pulse oximetry | Time | Med / Dose / Tx / IV | Route / Site | Initials | Time | Response | Initials |
| | 2235 | #16 Foley cath c 10cc balloon | | | | | |
| | 2230 | Foley D/C'd | | | | | |
| | | # 1 pelvic exam | | | | | |

**NOTIFICATIONS:** ☐ Animal Control
☐ Medical Examiner ☐ Next of Kin
☐ Police ☐ Nursing Home
☐ APS/CPS ☐ Time: ____

**REFER TO:**
☐ E.D. Continuation FORM ☐ Code Yellow
☐ Valuables Record ☐ E.R. Trauma Sheet

| TOTAL INTAKE | | AMOUNT | Date/Time | T | P | R | B/P |
|---|---|---|---|---|---|---|---|
| ORAL | IV | | 2030 | — | 78 | 18 | 130/78 |
| | | | 2130 | — | 76 | 18 | 110/80 |
| TOTAL OUTPUT | | | 2230 | — | 78 | 18 | 118/84 |
| URINE | VOMIT | OTHER | AMOUNT 2330 | — | 80 | 18 | 116/64 |

☐ PLACE IN ROOM (TIME: 1940) ☐ SEEN BY MD (TIME: 2009) ____ Signature/Title ____

| HOME MEDS | RESP. / EKG (TIME: ____ ) | X-RAY (TIME: ____ ) |
|---|---|---|
| | LABS (TIME: 2006) | cervical culture |
| | CBC | |
| | Quant HCG | |
| | Rh | |
| | UA - voided | |
| | pelvic | |
| | BCC Chlamydia | |

**TRANSFER** ☐ YES ☐ NO   REASON FOR TRANSFER: ____

ACCEPTING FACILITY: ____ NAME OF ACCEPTING ADM. ____
TIME OF INITIAL CONTACT ____ TIME OF ACCEPTANCE ____

CONDITION OF PATIENT AT TIME OF TRANSFER: ☐ STABLE ☐ GUARDED ☐ CRITICAL

| COPIES | ☐ MOT | ☐ X-RAY | ☐ LABS | ☐ MD NOTES | ☐ NURSES NOTES | |
|---|---|---|---|---|---|---|
| INITIALS | SIGNATURE / TITLE | | INITIALS | SIGNATURE / TITLE | | |
| | ln | | | | TREATMENT ROOM # | OB/GYN |

000006

| Date Admit | Time Admit | Rm # | Time Report Called | Report Called To | Time AMA | ER Disch. Time |
|---|---|---|---|---|---|---|
| | | | | | | 2330 |

☑ Ambulatory ☐ W/C   ACCOMPANIED BY ☑ Home   ☐ Improved ☑ Unchanged
☐ Carried ☐ Stretcher   ☐ Self ____ ☐ Other Facility ____   ☐ Critical
☐ Ambulance Co. ____   ☐ Family / Friend ☐ AMA   ☐ Expired
☐ Prescriptions ☑ Instructions

I authorize the Hospital and any physician involved in my care to release medical information and supporting documentation of same as compiled in my medical records, including, without limitation, history & physical, emergency records, laboratory reports, operative reports, physician progress notes, nurses notes, consultations, psychological and/or psychiatric reports and discharge summary, during this admission or outpatient visit to the organization which is or may be liable for payment of charges associated with my care and for all other purposes of benefit payment. If my injury is work-related, I authorize the Hospital to release any information from my medical records to my employer,

_____ and/or its designee.

(Name of employer)

I acknowledge that data from my patient records will be accessible to all health care providers participating in my care or treatment, including, but not limited to physicians, nurses and technicians at the Hospital, home health agencies, ambulance companies, and such other health care agencies involved in my care during and after transfer or discharge from the Hospital. I further acknowledge that my medical records will be utilized in the Hospital's (and the Hospital's affiliates') utilization review, performance improvement, peer review and other similar processes or studies. I also acknowledge that my medical records will also be made available to governmental agencies as required by law. Information contained in my medical records may be extracted and compiled for research purposes and the aggregated results (without individually identifying me) may be released to the public.

I acknowledge that patient medical records at the Hospital may be stored electronically and made available through computer networks to Hospital personnel, physicians involved in my care and their offices. I also acknowledge that should I be treated at another facility in the area affiliated with the Hospital, my medical records may be made electronically available to the other facility, physicians involved in my care and their offices. This will assist my physician and other caregivers in reviewing past treatment as it may affect my condition and treatment at that time. Facilities which are not affiliated with the Hospital, and affiliated facilities which do not have computerized medical records, will not be able to provide this service.

I authorize the Hospital or its authorized representatives to contact me by telephone after my discharge by surveyors o. the Gallup Organization or a similar organization on behalf of the Hospital conducting patient satisfaction surveys and other studies.

I authorize the release of my social security number in accordance with federal law and regulations to the manufactur of any medical device I may receive.

I acknowledge that my religious preference may be released to local religious organization(s).

| | |
|---|---|
| I hereby certify and state that I have read, and that I fully and completely understand this Authorization for Release of Information/Health Care Information, and that I have signed this Authorization for Release of Information/Health Care Information, knowingly, freely, and voluntarily. | Date 11-19-97<br>Time |
| Patient/Parent/Guardian/Conservator<br>X _Ken Valadz_ | If other than parent, indicate relationship |
| Spouse (if married/available)<br>X | Witness (to Signature only)<br>X _mv Ramon 11/19/99_ |
| | PATIENT IDENTIFICATION |

**Authorization for Release of Information/Health Care Information**

000007

## 1. Legal Relationship Between Hospital and Physician

I understand that, unless I am specifically otherwise informed in writing, all physicians furnishing services to me, including the pathologist, anesthesiologist, emergency room physician, and the like, are independent contractors and are not employees or agents of the Hospital. I am under the care and supervision of my attending physician and it is the responsibility of the Hospital and its staff to carry out the instructions of my physician. It is my physician's responsibility to obtain my informed consent, when required, for medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered to me under general and special instructions of my physician.

I understand that there will be a separate charge for professional services, such as physician services. I understand that the Hospital does bill for some professional fees; otherwise, the professional fees are not included in the Hospital's bill.

## 2. Assignment of Benefits

This assignment of benefits allows the Hospital and/or hospital based physicians to be paid directly by my health insurance carrier or other health benefit plan for the services the Hospital and/or hospital based physicians provides to me, my minor child, or other person entitled to health care benefits for this admission. In return for the services rendered and to be rendered by the Hospital and/or hospital based physicians, I hereby irrevocably assign and transfer to the Hospital and/or hospital based physicians all right, title, and interest in all benefits payable for the health care rendered, which are provided in any and all insurance policies and health benefit plans from which my dependents or I are entitled to recover. This assignment and transfer shall be for the purpose of granting the Hospital and/or hospital based physicians an independent right of recovery against my insurer or health benefit plan, but shall not be construed as an obligation of the Hospital and/or hospital based physicians to pursue any such right of recovery. In no event will the Hospital and/or hospital based physicians retain benefits in excess of the amount owed to the Hospital and/or hospital based physicians for the care and treatment rendered during this admission. I have read and been given the opportunity to ask questions about this assignment of benefits, and I have signed this document freely and without inducement, other than the rendition of services by the Hospital and/or hospital based physicians.

## 3. Medicare Patient Certification

I certify that the information given by me in applying for payment under Title XVIII or Title XIX of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I permit a copy of this authorization to be used in place of the original and request payment of authorized benefits to be made on my behalf.

## 4. Consent to Medical and Surgical Procedures

I, the undersigned, consent to the procedures which may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, and which may include but are not limited to laboratory procedures, x-ray examination, diagnostic procedures, medical,

nursing or surgical treatment or procedures, anesthesia, or hospital services rendered to me under the general and special instructions of my physician.

**This consent includes testing for blood-borne infectious diseases, including but not limited to hepatitis, Acquired Immune Deficiency Syndrome (AIDS), and Human Immunodeficiency Virus (HIV), if a physician orders such test(s) for diagnostic purposes.**

Please initial:   Agree _____   Disagree _____

## 5. Organ Donation

I understand that I have the right to donate any of my organs or tissues for transplantation and that I may do so by completing an anatomical gift form.

**Please initial if applicable:** I have signed a organ donor card and have been requested to supply a copy to the Hospital. _____

## 6. Patient Self-Determination Act

**I acknowledge that I have been given information regarding this state's law on living wills and advance directives. Advance directives are documents such as living wills, durable powers of attorney, or health care surrogate appointments.**

Please Initial the Following Applicable Statements:

- I have executed an Advance Directive and have been requested to supply a copy to the Hospital. _____
- I have reviewed the Advance Directive on file at the Hospital and it is my current Advance Directive. _____
- I have not executed an Advance Directive. _____
- I have received information about Advance Directives as required by federal law. _____

## 7. Personal Valuables

I understand that the Hospital maintains a safe for the safekeeping of money and valuables, and the Hospital shall not be liable for the loss or damage to any money, jewelry, documents, furs, fur coats and fur garments or other articles of unusual value and small size, unless placed therein, and shall not be liable for loss or damage to any other personal property, unless deposited with the Hospital for safekeeping.

## 8. Weapons/Explosives/Drugs

I understand and agree that if the Hospital at any time believes there may be a weapon, explosive devices, illegal substance or drug, or any alcoholic beverage in my room or with my belongings, the Hospital may search my room and my belongings, confiscate any of the above items that are found, and dispose of them as appropriate, including delivery of any item to law enforcement authorities.

## 9. Private Room

I understand and agree that if I request a private room for myself or the patient, I am responsible for any additional charges associated with that request.

## 10. Financial Agreement

I, the undersigned, agree, whether I sign as parent, guardian, spouse, agent, guarantor, or as patient, that in consideration of the services to be rendered to the patient, I hereby individually obligate myself to pay the account of the Hospital in accordance with the regular rates and terms of the Hospital. Should the account be referred to an attorney or collection agency for collection, I shall pay actual attorney's fees and collection expenses.

| | |
|---|---|
| Date 11-19-99<br>Time ☐ A.M. ☐ P.M. | I hereby certify and state that I have read, and that I fully and completely understand this Conditions of Admission and Authorization for Medical Treatment, and that I have signed this Conditions of Admission and Authorization for Medical Treatment knowingly, freely, and voluntarily. Moreover, I certify and state that I have received no promises, assurances, or guarantees from anyone as to the results that may be obtained by any medical treatment or services. |
| Patient/Parent/Guardian/Conservator<br>X _Valadez_ | PATIENT IDENTIFICATION |
| Spouse (if married/available)<br>X | |
| If other than patient, indicate relationship | |
| Witness (to Signature only)<br>X _Dina Ramon  11/19/99_ | |

## Conditions of Admission and Authorization for Medical Treatment

A7411  07/99

**MEDICAL RECORD**

GC0008

# YOUR RIGHTS AS A PATIENT

## YOU HAVE THE RIGHT...

- To considerate and respectful care that respects your psychosocial, spiritual, and cultural values and beliefs.
- To impartial access to medically indicated treatment regardless of race, creed, sex, national origin, or sources of payment for care.
- To have an advance directive (such as a living will or durable power of attorney for health care) concerning treatment or designating a surrogate decision maker with the expectation that the hospital will honor that directive to the extent permitted ῑ ᾿ law.
- To know by name the physician responsible for the coordination of your care and the identities of others involved in providing your care.
- To obtain information as to any professional relationships among individuals treating you as well as the relationship between the hospital and other healthcare and educational institutions which may influence your care.
- To obtain information from physicians and other direct caregivers in understandable terms concerning diagnosis, treatment, prognosis, and plans for discharge and follow-up care.
- To make decisions about your care and refuse treatment to the extent permitted by law and be informed of the medical consequences of such action.
- To effective management of pain as appropriate to the medical diagnosis or surgical procedure.
- To consideration of privacy in case discussion, consultation, examination and treatment. You may request transfer to another room if another patient or visitors in that room are unreasonably disturbing to you.
- To be cared for by staff who have been educated about patient rights and their role in supporting these rights.
- To expect that all communications and records pertaining to your care be treated as confidential by the hospital, except in cases such as suspected abuse or public health hazards which are required by law to be reported.
- To review your medical records and have information explained or interpreted as necessary, except as restricted by law.
- To expect the hospital to respond to your requests for service, within its capacity, and to provide evaluation, service, or referral by the urgency of your care needs.
- To consent or refuse to participate in any treatment that is considered experimental in nature, and to have those studies fully explained prior to consent.
- To participate in decisions regarding ethical issues surrounding your care including issues of conflict resolution, withholding resuscitation, forgoing or withdrawal of life-sustaining treatment and participation in investigational studies or clinical trials. You may ask your nurse or physician to Consult the Ethics Committee for resolution of conflicts in decision making regarding your care. You may request to see a copy of the hospital's Ethical Issue Resolution Policy and the Code of Ethical Behavior Policy if desired.
- To information about hospital policies that relate to your care. You have the right to express a concern or complaint regarding your care to the attending physician, nurse assigned to you, or the nursing supervisor. You have the right to a timely response to your concern or complaint and a resolution when possible. Expression of a concern or complaint will not compromise your care or future access to care.
- To have your spiritual, psychosocial, and cultural beliefs respected.
- To access protective services.
- To examine and receive an explanation of your hospital bill, regardless of the source of payment.

---

If you have any questions about any of these rights, you are encouraged to take one or more of the following actions:

Contact the Unit Nurse or Charge Nurse to report your concern or questions.
Contact the Nurse Manager or Program Director
Contact the office of the Hospital Administrator at (361) 664-4373

000009

| Patient or Legal Representative | Date | Hospital Representative | Date |
| --- | --- | --- | --- |
| _(signature)_ | 11-19-99 | Dina Ramon | 11/19/99 |

```
DATE: 11/19/99      COLUMBIA-ALICE PHYSICIANS & SURGEONS HOSPITAL        PAGE    1
TIME: 2055                 300 E. THIRD ST.
                           ALICE, TX 78332
                           Mukhtar Ansari, M.D.,FCAP
                           LAB Director


                              Stat Broadcast
```

| Name: VALDEZ,CATRINA | Age/Sex: 19/F | Resp Dr: Perkins,Matilda M D |
|---|---|---|
| Acct#: F020421329   Unit#:F0071123 | Status: REG ER | Admit Dr: |
| Location: F.ER | DOB: 07/03/80 | Attnd Dr: |
| Reg: 11/19/99      Disch: | | |

```
Specimen: 1119:AP:U00021S    Collected: 11/19/99-2006  Status:  COMP    Req#: 00235730
                             Received:  11/19/99-2051  Subm Dr: Perkins,Matilda M D

Ordered:  URINALYSIS
Comments: Comment: ER OB.
```

| Test | Low | Normal | High | Flag | Reference | Site |
|---|---|---|---|---|---|---|
| ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░ | | URINALYSIS | ░░░░░░░░░░░░░░░░░░░░░░░░ | | | |
| > CLARITY | | CLEAR | | | Clear | 1 |
| > COLOR | | YELLOW | | | Yellow | 1 |
| *URINE CHEMISTRY* | | | | | | |
| > UA SPG | | 1.020 | | | 1.010-1.025 | 1 |
| > UA PH | | 6.0 | | | 5.5-7.0 units | 1 |
| > UA LEUKO | | NEGATIVE | | | NEGATIVE /uL | 1 |
| > UA NIT | | NEGATIVE | | | NEGATIVE | 1 |
| > UA PROTEIN | | NEGATIVE | | | NEGATIVE mg/dL | 1 |
| > UA GLUC | | NEGATIVE | | | NORMAL mg/dL | 1 |
| > UA KETONE | | NEGATIVE | | | NEGATIVE mg/dL | 1 |
| > UA UROBILINOGEN | | 0.2 | | | NORMAL mg/dL | 1 |
| > UA BILI | | NEGATIVE | | | NEGATIVE mg/dL | 1 |
| > UA BLOOD | | | 2+ | H | NEGATIVE /uL | 1 |
| *UA MICRO* | | | | | | |
| > UA RBC | | 2-4 | | | 0 /hpf | 1 |
| > UA WBC | | 0-3 | | | 0 /hpf | 1 |
| > SQUAMOUS EPI | | Few | | | 0 /hpf | 1 |
| > BACTERIA | | 0 | | | 0 /hpf | 1 |

```
1 - ALICE PHYSICIANS & SURGEONS HOSPITAL, 300 E.THIRD ST.,ALICE TX.78332
```

** END OF REPORT **

000010

```
DATE: 11/19/99      COLUMBIA-ALICE PHYSICIANS & SURGEONS HOSPITAL      PAGE    1
TIME: 2045               300 E. THIRD ST.
                        ALICE, TX 78332
                        Mukhtar Ansari, M.D.,FCAP
                        LAB Director


                              Stat Broadcast
```

| | | |
|---|---|---|
| **Name:** VALDEZ,CATRINA | **Age/Sex:** 19/F | **Resp Dr:** Perkins,Matilda M D |
| **Acct#:** F020421329   **Unit#:**F0071123 | **Status:** REG ER | **Admit Dr:** |
| **Location:** F.ER | **DOB:** 07/03/80 | **Attnd Dr:** |
| **Reg:** 11/19/99   **Disch:** | | |

```
Specimen: 1119:AP:BB00006R  Collected: 11/19/99-2010 Status:  COMP    Req#: 00235732
                            Received:  11/19/99-2022 Subm Dr: Perkins,Matilda M D

Ordered:  RH TYPE
```

| Test | Result | Site |
|---|---|---|
| _RH TYPE_ | | 1 |
| >   ANTI-D | 3+   Rh POSITIVE | 1 |

1 - ALICE PHYSICIANS & SURGEONS HOSPITAL, 300 E.THIRD ST.,ALICE TX.78332


                              ** END OF REPORT **


                                                        GC0011

```
DATE: 11/19/99    COLUMBIA-ALICE PHYSICIANS & SURGEONS HOSPITAL        PAGE    1
TIME: 2024               300 E. THIRD ST.
                         ALICE, TX 78332
                         Mukhtar Ansari, M.D.,FCAP
                         LAB Director

                              Stat Broadcast
```

| | |
|---|---|
| Name: VALDEZ,CATRINA | Age/Sex: 19/F    Resp Dr:  Perkins,Matilda M D |
| Acct#: F020421329    Unit#:F0071123 | Status: REG ER    Admit Dr: |
| Location: F.ER | DOB:  07/03/80    Attnd Dr: |
| Reg: 11/19/99    Disch: | |

```
Specimen: 1119:AP:H00049S   Collected: 11/19/99-2006  Status:  COMP    Req#: 00235731
                           Received:  11/19/99-2023  Subm Dr: Perkins,Matilda M D

Ordered:   CBC
Comments: Comment: ER OB.
```

| Test | Low | Normal | High | Flag Reference | Site |
|------|-----|--------|------|----------------|------|
| **HEMATOLOGY DEPARTMENT** | | | | | |
| **BLOOD COUNTS** | | | | | |
| *CBC* | | | | | |
| >   WBC | | 6.5 | | 4.6-10.2 X10(3) | 1 |
| >   RBC | | 4.29 | | 4.04-5.48 X10(6) | 1 |
| >   HGB | | 13.0 | | 12.2-16.2 g/dL | 1 |
| >   HCT | | 38.8 | | 37.7-47.9 % | 1 |
| >   MCV | | 90.6 | | 80-97 FL | 1 |
| >   MCH | | 30.3 | | 27-31.2 PG | 1 |
| >   MCHC | | 33.5 | | 31.8-35.4 G/DL | 1 |
| >   RDW | | 12.2 | | 11.6-14.8 % | 1 |
| >   PLATELET (AUTO) | | 270 | | 142-424 X10(3) | 1 |
| >   MPV | | 9.3 | | 0.0-12 FL | 1 |
| *AUTOMATED DIFF* | | | | | |
| >   %NEUTROPHILS | | 58.0 | | 37-80 % | 1 |
| >   %LYMPH | | 31.0 | | 10-50 % | 1 |
| >   %MONO | | 8.2 | | 0-12 % | 1 |
| >   %EOS | | 1.9 | | 0-7 % | 1 |
| >   %BASO | | 0.8 | | 0-2.5 % | 1 |

1 - ALICE PHYSICIANS & SURGEONS HOSPITAL, 300 E.THIRD ST.,ALICE TX.78332

** END OF REPORT **

0C0012

Case 2:00-cv-00101   Document 30   Filed in TXSD on 12/29/2000   Page 18 of 24

```
DATE: 11/19/99      COLUMBIA-ALICE PHYSICIANS & SURGEONS HOSPITAL        PAGE    1
TIME: 2048                 300 E. THIRD ST.
                           ALICE, TX 78332
                           Mukhtar Ansari, M.D.,FCAP
                           LAB Director


                                Stat Broadcast
```

**Name:** VALDEZ,CATRINA      **Age/Sex:** 19/F    **Resp Dr:** Perkins,Matilda M D
**Acct#:** F020421329   **Unit#:**F0071123    **Status:** REG ER    **Admit Dr:**
**Location:** F.ER                 **DOB:** 07/03/80    **Attnd Dr:**
**Reg:** 11/19/99      **Disch:**

---

**Specimen:** 1119:AP:C00103S    **Collected:** 11/19/99-2010 **Status:** COMP    **Req#:** 00235731
                               **Received:** 11/19/99-2022 **Subm Dr:** Perkins,Matilda M D

**Ordered:** HCG SERUM QUANT

| Test | Low | Normal | High | Flag Reference | Site |
|------|-----|--------|------|----------------|------|
| > HCG QUANT SERUM | | | 18128 | *H* \|0-4 mIU/ml | 1 |

*APPROX.GESTATION AGE*           *APPROX.hCG CONC. (mIU/ML)*

| | |
|---|---|
| *NEGATIVE* | *< 4* |
| *1-2 WEEKS* | *20-500* |
| *3 WEEKS* | *500-5,000* |
| *4 WEEKS* | *3,000-19,000* |
| *8 WEEKS* | *14,000-169,000* |
| *12 WEEKS* | *16,000-160,000* |
| *2ND TRIMESTER* | *7,500-97,200* |
| *3RD TRIMESTER* | *3,100-27,100* |

1 - ALICE PHYSICIANS & SURGEONS HOSPITAL, 300 E.THIRD ST.,ALICE TX.78332

** END OF REPORT **

000013

```
DATE: 11/24/99      COLUMBIA-ALICE PHYSICIANS & SURGEONS HOSPITAL        PAGE    1
TIME: 0852                    300 E. THIRD ST.
                              ALICE, TX 78332
                              Mukhtar Ansari, M.D.,FCAP
                              LAB Director

                                   Stat Broadcast
```

| | | |
|---|---|---|
| Name: VALDEZ,CATRINA | Age/Sex: 19/F | Resp Dr: Perkins,Matilda M D |
| Acct#: F020421329   Unit#:F0071123 | Status: REG ER | Admit Dr: |
| Location: F.ER | DOB:  07/03/80 | Attnd Dr: |
| Reg: 11/19/99   Disch: | | |

```
Specimen: 99:AP:MI0009379S  Collected: 11/19/99-2137 Status:  COMP     Req#:   00235741
                           Received:  11/19/99-2142 Source:  CERVICAL  Sp Desc:
                                                    Subm Dr: Perkins,Matilda M D

Ordered:  GEN-PROBE GC
Comments: Current Antibiotic Rx (List All): U
          Comment: ER OBGYN
```

| Procedure | Result | Site |
|---|---|---|
| **** MICROBIOLOGY DEPARTMENT **** | | |
| ***************************** MISCELLANEOUS MICROBIOLOGY ***************************** | | |
| > GEN-PROBE GC  Final | | 1 |
|   GENPROBE GC | NONE DETECTED | |

1 - ALICE PHYSICIANS & SURGEONS HOSPITAL, 300 E.THIRD ST.,ALICE TX.78332

** END OF REPORT **

000014

```
DATE: 11/22/99     COLUMBIA-ALICE PHYSICIANS & SURGEONS HOSPITAL        PAGE    1
TIME: 1030                 300 E. THIRD ST.
                           ALICE, TX 78332
                           Mukhtar Ansari, M.D.,FCAP
                           LAB Director


                                   Stat Broadcast
```

| | | |
|---|---|---|
| Name: VALDEZ,CATRINA | Age/Sex: 19/F | Resp Dr: Perkins,Matilda M D |
| Acct#: F020421329    Unit#:F0071123 | Status: REG ER | Admit Dr: |
| Location: F.ER | DOB: 07/03/80 | Attnd Dr: |
| Reg: 11/19/99      Disch: | | |

```
Specimen: 99:AP:MI0009403R  Collected: 11/19/99-2137 Status:  COMP     Req#:   00236092
                            Received: 11/19/99-2200 Source:  CERVICAL  Sp Desc:
                                                    Subm Dr: Perkins,Matilda M D

Ordered:  CULTURE GENITAL
```

| Procedure | Result | Site |
|---|---|---|
| **** MICROBIOLOGY DEPARTMENT **** | | |
| ********************* GENITAL CULTURE******************************* | | |
| > CULTURE GENITAL  Final | | 1 |
|   11/22/99: NEGATIVE FOR ANY PATHOGENIC BACTERIA | | |

1 - ALICE PHYSICIANS & SURGEONS HOSPITAL, 300 E.THIRD ST.,ALICE TX.78332


                              ** END OF REPORT **


                                                        000015

Case 2:00-cv-00101   Document 30   Filed in TXSD on 12/29/2000   Page 21 of 24

COPY FROM ALICE REGIONAL HOSPITAL          61902000    **LABORATORY REPORT**    PREPRINT
       93910000 AREA/ROUTE/STOP: 9999999
   ALICE PHYSICIANS & SURG HOSP
   300 E. THIRD STREET                                  **SB** **SmithKline Beecham**
   ALICE, TX  78404                                          *Clinical Laboratories*
                                                         MICROFILM# 11229911565

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| VALDEZ, CATRINA | F020421329 | ER | 19 | F | ALICE PHYSICIANS & |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | LOG IN DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 0028932 | IF378734I | 0028932 | 11191999 21:37 | 11201999 | 11231999 | 2:04PM |

REMARKS: DR. MATILDA PERKINS                                            CENTRAL
                                                                         TIME

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: 07/03/1980                                                      IF
CHLAMYDIA & GC BY
  DNA PROBES
  CHLAMYDIA TRACHOMATIS
    NUCLEIC ACID RESULT:        NONE DETECTED

    THIS METHOD HAS BEEN VALIDATED USING ENDOCERVICAL,
    MALE URETHRAL, AND CONJUNCTIVAL SWAB SPECIMENS ONLY.
    PERFORMANCE WITH OTHER SPECIMENS HAS NOT BEEN ASSESSED.

  NEISSERIA GONORRHOEAE
    NUCLEIC ACID RESULT:        NONE DETECTED

    THIS METHOD HAS BEEN VALIDATED USING ENDOCERVICAL
    AND MALE URETHRAL SWAB SPECIMENS ONLY.  PERFORMANCE
    WITH OTHER SPECIMENS HAS NOT BEEN ASSESSED.

        >> END OF REPORT - VALDEZ, CATRINA IF378734I <<

11/24/99
lg
000016

INDICATES TESTING SITE SEE REVERSE SIDE

**Alice Regional Hospital**
**2500 E. Main**
**Alice, TX  78332**

**PHONE #: 361-660-5156**
**  FAX #: 361-660-5337**

NAME: VALDEZ,CATRINA
PHYS: Perkins,Matilda M D
DOB: 07/03/1980    AGE: 19        SEX: F
ACCT: F020421329 LOC: F.ER
EXAM DATE: 11/19/1999 STATUS: REG ER
RADIOLOGY NO: 00569-54
UNIT NO: F0071123

**EXAMS:**                          N:
   000109577 US PELVIC
   000109579 US TRANSVAGINAL

PELVIC ULTRASOUND

REASON FOR EXAM:  Vaginal bleeding, four weeks pregnant.

Real-time ultrasound scans initially were obtained transabdominal
through a distended bladder.   The uterus was not real well visualized,
and an endovaginal exam was then performed.   The images presented show
an intrauterine gestational sac.   The sac measurement would be about 5
weeks 4 days gestation plus or minus 1 week.  No definite fetal poles
at this time.   No fetal cardiac activity was visualized.   Follow-up
study in 10 days to 2 weeks should confirm or rule out viability.
both ovaries are visualized.   No apparent defects of either ovary.
The right ovary measures 20 x 36 mm.   The left ovary measures 24 x 42
mm.   No abnormal echopattern either ovary.   No free fluid in the
pelvic cavity or cul-de-sac is identified.

IMPRESSION:
1.         *There is a single intrauterine gestational sac.*
           *Measurements would indicate about a 5-week, 4-day gestation*
           *plus or minus 1 week at this stage.*
2.         *No evidence of viability at the present time.   Follow-up*
           *exam if clinically indicated in 10 days to 2 weeks should*
           *confirm or rule out viability.*

PAGE 1                 CHART COPY                    (CONTINUED)

000017

CutePDF - www.tesisi.com

**Alice Regional Hospital**
**2500 E. Main**
**Alice, TX  78332**

**PHONE #: 361-660-5156**
  **FAX #: 361-660-5337**

NAME: VALDEZ,CATRINA
PHYS: Perkins,Matilda M D
DOB: 07/03/1980   AGE: 19      SEX: F
ACCT: F020421329 LOC: F.ER
EXAM DATE: 11/19/1999 STATUS: REG ER
RADIOLOGY NO: 00569-54
UNIT NO: F0071123


EXAMS:                              N:
  000109577 US PELVIC
  000109579 US TRANSVAGINAL
  <Continued>


DICTATED DATE AND TIME:  11-20-99 AT 1015 HOURS


            ** REPORT SIGNATURE ON FILE 11/21/1999 **
            REPORTED AND SIGNED BY: Dr. Charles Strauss, M.D.


CC: Matilda M D Perkins; GROUP SCHUMACHER

TECHNOLOGIST: PEREZ, ALFREDO
TRANSCRIBED DATE/TIME: 11/20/1999 (1100)
TRANSCRIPTIONIST: FMR.MJR
ELECTRONIC SIGNATURE DATE/TIME: 11/21/1999 (0951)
PRINTED DATE/TIME: 11/21/1999 (1004)   BATCH NO: 5084


PAGE 2            CHART COPY

## What are the symptoms?

There is vaginal bleeding, which may be much heavier than a normal menstrual period. In addition, there may be some true cramping.

## What are the risks?

1. About 40% of women with a threatened abortion will have a miscarriage. The miscarriage may be emotionally stressful, but only rarely is there any serious physical injury. In fact, many women have miscarriages and carry even worse than some estimates are that as much as 20% to 30% of all pregnancies end in miscarriage. Some miscarriages occur because the fetus has not developed normally. Others occur for a variety of complex reasons that are not well understood.

   About 60% of women with a threatened abortion will go on to complete their pregnancy and have no increased risk of developing problems later. In particular, there is no increased risk of having a child with birth defects.

2. On rare occasions a threatened abortion can produce very heavy bleeding. In this situation the bleeding is usually stopped by performing a "D and C". A "D and C" is a routine surgical procedure that cleans out the inside of the uterus.

3. Depending on the circumstances, there may be a small chance of having a pregnancy in the tubes (ectopic pregnancy), a condition that can produce serious internal bleeding.