IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

**JAN 0 3 2001**

Michael N. Milby, Clerk

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-101 |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON & | § | |
| OFFICER ANDREW DE LEON | § | |

## UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COME** Plaintiffs, Esmeralda Carrizales, Catrina Valadez and Alma Avila, pursuant to Rule 56(f), F.R.C.P., and request that the Court grant Plaintiffs extended time in which to file Plaintiffs' Response to Defendants' Motion For Summary Judgement.

I.

The deadline for filing Plaintiffs' Response to Defendants' Motion For Summary Judgment is January 4, 2001.

II.

Plaintiffs have been unable to file their Response to Defendants' Motion For Summary Judgement for the following reasons, which constitute good cause for the extension of time under Rule 56(f), F.R.C.P.: Defendant's Motion for Summary Judgment was received on December 18, 2000. Because of the Holidays Plaintiffs' attorney has been unable to get in touch with all witnesses for signing affidavits necessary for responding to this motion.

3/.

III.

This extension of time is sought so that justice may be done, and not for purposes of delay.

IV.

Granting this request for an enlargement of time to file will not delay the beginning of trial.

V.

Plaintiffs request until January 10, 2001, to file Plaintiffs' Response to Defendants' Motion For Summary Judgement.

VI.

Attorney for Defendants, is in agreement with this motion and has indicated his agreement by signing the order.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs request the Court to grant until January 10, 2001, to file Plaintiffs' Response to Motion For Summary Judgment.

Respectfully submitted,

GRAY P. SCOGGINS
Attorney at Law
63 N. King St.
Alice, Texas 78332
(361) 668-3536: Telephone
(361) 668-3576: Facsimile

Gray P. Scoggins
State Bar No.:00798494
Federal ID No.: 22125
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CATRINA VALADEZ,                     §
ALMA AVILA AND                       §
ESMERALDA CARRIZALES                 §
                                     §
VS.                                  §          CIVIL ACTION NO. C-00-101
                                     §
CITY OF SAN DIEGO,                   §
OFFICER BRENDA DE LEON &             §
OFFICER ANDREW DE LEON               §

**ORDER GRANTING
UNOPPOSED MOTION TO EXTEND TIME FOR
PLAINTIFFS TO FILE PLAINTIFFS' RESPONSE TO
DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

On _____, the Court considered the Unopposed Motion to Extend

Time For Plaintiffs to File Plaintiffs' Response to Defendants' Motion for Summary Judgement, and

after reviewing the evidence and hearing the arguments, the Court finds that the Motion should be

**GRANTED**.

**IT IS THEREFORE ORDERED** that Movant shall have until January 10, 2001 to file

Plaintiffs' Response to Defendants' Motion For Summary Judgement.

**SIGNED** on _____, 2001.


_____
JUDGE PRESIDING