United States District Court
Southern District of Texas
ENTERED

JAN 0 8 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-101 |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON & | § | |
| OFFICER ANDREW DE LEON | § | |

### ORDER GRANTING
### UNOPPOSED MOTION TO EXTEND TIME FOR
### PLAINTIFFS TO FILE PLAINTIFFS' RESPONSE TO
### DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

On _1-5-01_, the Court considered the Unopposed Motion to Extend Time For Plaintiffs to File Plaintiffs' Response to Defendants' Motion for Summary Judgement, and after reviewing the evidence and hearing the arguments, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Movant shall have until January 10, 2001 to file Plaintiffs' Response to Defendants' Motion For Summary Judgement.

**SIGNED** on _1-5_, 2001.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:


_____
GRAY P. SCOGGINS
State Bar No.:00798494
Federal ID No.: 22125
63 N. King St.
Alice, Texas 78332
(361) 668-3536: Telephone
(361) 668-3576: Facsimile
Attorney for Plaintiffs


_____
James F. McKibben, Jr.
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 North Tower
Corpus Christi, Texas 78401
(361) 882-6611: Telephone
(361) 866-8039: Facsimile
Attorney for City of San Diego, Brenda DeLeon and Andy DeLeon