UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 12 2001

Michael N. Milby, Clerk

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | |
| Plaintiffs | § | |
| | § | CIVIL ACTION NO. C-00-101 |
| VS. | § | |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON | § | |
| AND OFFICER ANDREW DE LEON | § | |
| | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Please take notice that the above-styled cause has been compromised and settled at Mediation.

This case is set for a Final Pre-Trial Conference on **Thursday, March 1, 2001 at 8:30 a.m.** and trial on **Friday March 2, 2001 at 8:00 a.m.**

Counsel for both Plaintiffs and Defendants request that this case be removed from the Docket.

Respectfully submitted,

_____
James F. McKibben, Jr.
State Bar No. 13713000
Admission No. 914

ATTORNEY-IN-CHARGE FOR DEFENDANTS
THE CITY OF SAN DIEGO, OFFICER BRENDA
DELEON AND OFFICER ANDY DELEON

1

OF COUNSEL

BARGER, HERMANSEN, MCKIBBEN & VILLARREAL, L.L.P.
One Shoreline Plaza
800 North Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401


Gray P. Scoggins *by JFM w/permission*
State Bar No. 00798494
Admission No. 22125

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading was forwarded by regular mail, on this the 12th day of January, 2001 to the following attorney:

Mr. Gray P. Scoggins
Attorney at Law
63 N. King Street
Alice, Texas 78332


JAMES F. McKIBBEN, JR.

2