UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 05 2001

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | |
| Plaintiffs | § | |
| | § | CIVIL ACTION NO. C-00-101 |
| VS. | § | |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON | § | |
| AND OFFICER ANDREW DE LEON | § | |
| | § | |

## AGREED MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Come now Plaintiffs, Catrina Valadez, Alma Avila and Esmeralda Carrizales and Defendants City of San Diego, Officer Brenda Deleon and Officer Andrew Deleon and file this, their Agreed Motion to Dismiss, and would respectfully show unto this court as follows:

I.

Plaintiffs no longer wish to pursue this cause of action against Defendants in this cause at this time. Accordingly, they request that Defendants be dismissed from this action at this time, with prejudice to the rights of Plaintiffs to refile this action.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Court dismiss Defendants, with prejudice to the rights of Plaintiffs to refile this action.

1

37.

Respectfully submitted,

*[signature]*

Gray P. Scoggins
State Bar No. 00798494
Admission No. 22125

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

*[signature: James F. McKibben, Jr. w/ permission Kristina _____]*

James F. McKibben, Jr.
State Bar No. 13713000
Admission No. 914

ATTORNEY-IN-CHARGE FOR DEFENDANTS
THE CITY OF SAN DIEGO, OFFICER BRENDA
DELEON AND OFFICER ANDY DELEON

OF COUNSEL

BARGER, HERMANSEN, MCKIBBEN & VILLARREAL, L.L.P.
One Shoreline Plaza
800 North Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401

2

COPY

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| CATRINA VALADEZ, ALMA AVILA AND ESMERALDA CARRIZALES<br><br>Plaintiffs<br><br>VS.<br><br>CITY OF SAN DIEGO, OFFICER BRENDA DE LEON AND OFFICER ANDREW DE LEON | §§§§§§§§§§§§ CIVIL ACTION NO. C-00-101 |

## AGREED ORDER OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

On this _____ day of _____, 2001, came on to be heard the above-styled and numbered cause wherein Plaintiffs, Catrina Valadez, Alma Avila and Esmeralda Carrizales, and Defendants the City of San Diego, Officer Brenda Deleon and Officer Andrew Deleon appeared by and through their respective attorneys of record and announced to the Court that Plaintiffs no longer wish to pursue this matter and request that this cause of action be dismissed, with prejudice to the rights of Plaintiffs to hereinafter reinstitute the same, and all costs of suit to be taxed against the party incurring same.

It is, therefore, ORDERED, ADJUDGED and DECREED that this cause be, and the same is hereby, dismissed with prejudice against the rights of the Plaintiffs to reinstitute same, and all costs of suit to be taxed against the party incurring same.

SIGNED AND ORDER ENTERED on this the _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

*[signature]*

Gray P. Scoggins
State Bar No. 00798494
Admission No. 22125
113 North Reynolds
Alice, Texas 78332

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

*[signature: James F. McKibben, Jr.]*   *[signature: w/ permission Kristina _____]*

James F. McKibben, Jr.
State Bar No. 13713000
Admission No. 914
BARGER, HERMANSEN, MCKIBBEN & VILLARREAL, L.L.P.
One Shoreline Plaza
800 North Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401

ATTORNEY-IN-CHARGE FOR DEFENDANTS
THE CITY OF SAN DIEGO, OFFICER BRENDA DELEON
AND OFFICER ANDY DELEON

2