UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB - 8 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CATRINA VALADEZ, | § | |
| ALMA AVILA AND | § | |
| ESMERALDA CARRIZALES | § | |
| | § | 38. |
| Plaintiffs | § | |
| | § | CIVIL ACTION NO. C-00-101 |
| VS. | § | |
| | § | |
| CITY OF SAN DIEGO, | § | |
| OFFICER BRENDA DE LEON | § | |
| AND OFFICER ANDREW DE LEON | § | |
| | § | |

## AGREED ORDER OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

On this ___7th___ day of ___February___, 2001, came on to be heard the above-styled and numbered cause wherein Plaintiffs, Catrina Valadez, Alma Avila and Esmeralda Carrizales, and Defendants the City of San Diego, Officer Brenda Deleon and Officer Andrew Deleon appeared by and through their respective attorneys of record and announced to the Court that Plaintiffs no longer wish to pursue this matter and request that this cause of action be dismissed, with prejudice to the rights of Plaintiffs to hereinafter reinstitute the same, and all costs of suit to be taxed against the party incurring same.

It is, therefore, ORDERED, ADJUDGED and DECREED that this cause be, and the same is hereby, dismissed with prejudice against the rights of the Plaintiffs to reinstitute same, and all costs of suit to be taxed against the party incurring same.

1

SIGNED AND ORDER ENTERED on this the ___7th___ day of __February__, 2001.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

_____
Gray P. Scoggins
State Bar No. 00798494
Admission No. 22125
113 North Reynolds
Alice, Texas 78332

ATTORNEY-IN-CHARGE FOR PLAINTIFFS


_____   w/ permission
James F. McKibben, Jr.               Kristina Denard
State Bar No. 13713000
Admission No. 914
BARGER, HERMANSEN, MCKIBBEN & VILLARREAL, L.L.P.
One Shoreline Plaza
800 North Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401


ATTORNEY-IN-CHARGE FOR DEFENDANTS
THE CITY OF SAN DIEGO, OFFICER BRENDA DELEON
AND OFFICER ANDY DELEON